**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                       TELEPHONE (334) 954-3600

July 31, 2023

NOTICE OF ASSIGNMENT

To:     All Counsel of Record

Re:     **Yellowhammer Fund v. Marshall**
          Civil Action No.   *2:23-cv-00450*

The above-styled case has been assigned to *Judge Kelly F. Pate* as presiding judge.

Please note that the case number is now *2:23-cv-00450-KFP.* The new case number should be used on all future correspondence and pleadings.