IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:23cv450-MHT (WO) |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | ) ) ) ) | |
| Defendant. | ) | |
| | | |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:23cv451-MHT (WO) |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

Based on the representations made on the record on

August 21, 2023, in *Yellowhammer Fund v. Marshall*, civil action no. 2:23cv450-MHT, and *West Alabama Women's Center, et al., v. Marshall*, civil action no. 2:23cv451-MHT, it is ORDERED that:

(1) The motion to consolidate (Doc. 18) in civil action no. 2:23cv450-MHT and the motion to consolidate (Doc. 23) in civil action no. 2:23cv451-MHT are granted.

(2) Civil action no. 2:23cv450-MHT and civil action no. 2:23cv451-MHT are consolidated.

(3) Civil action no. 2:23cv450-MHT is the lead case.

(4) All future filings should be made in only civil action no. 2:23cv450-MHT, though the filings should still bear the double style as reflected in this order.

(5) The clerk of the court is to refile Doc. 1, Doc. 17, and Doc. 21 from 2:23cv451-MHT on the docket in 2:23cv450-MHT, with new docket numbers in 2:23cv450-MHT.

(6) Defendant is still allowed until August 28,

2023, to respond to the two complaints in these consolidated cases.

(7) Civil action no. 2:23cv451-MHT is closed administratively.

DONE, this the 21st day of August, 2023.

                           /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE