IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv450-MHT |
| | ) | |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | ) ) ) ) | |
| Defendant. | ) | |
| | | |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv451-MHT |
| | ) | |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

Based on the representations made on the record on

September 5, 2023, it is ORDERED that:

(1) Defendant's motion to dismiss (Doc. 28) is set for oral argument on October 31, 2023, at 10:00 a.m. The courtroom deputy is to arrange for argument to be by Zoom.

(2) Plaintiffs are to file responses by September 28, 2023.

(3) Defendant may file a reply by October 12, 2023.

(4) The court will address later the current and any future motions for summary judgment.

DONE, this the 6th day of September, 2023.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE