IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, )<br>)<br>)<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>ATTORNEY GENERAL OF )<br>ALABAMA STEVE MARSHALL, )<br>in his official capacity, )<br>)<br>  Defendant. ) | CIVIL ACTION NO.<br>2:23cv450-MHT |

| | |
|---|---|
| WEST ALABAMA WOMEN'S )<br>CENTER, on behalf of )<br>themselves and their )<br>staff; et al., )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>STEVE MARSHALL, in his )<br>official capacity as )<br>Alabama Attorney General, )<br>)<br>  Defendant. ) | CIVIL ACTION NO.<br>2:23cv451-MHT |

**NOTICE**

The court has received an oral inquiry as to when

oral argument will be reset. The reason the court continued the oral argument was that it needed more time to prepare and become informed as to the parties' arguments, in order to ensure that the oral argument would be as productive as possible. While the court has not yet decided when to reset the oral argument, the court will inform the parties of a new date as soon as possible.

    DONE, this the 31st day of October, 2023.

                                       /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**