# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| YELLOWHAMMER FUND,<br><br>                Plaintiffs,<br><br>v.<br><br>STEVE MARSHALL, in his Official Capacity as Attorney General of Alabama,<br><br>                Defendant. | No. 2:23-cv-00450-MHT |
| WEST ALABAMA WOMEN'S CENTER, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>STEVE MARSHALL, in his Official Capacity as Attorney General of Alabama,<br><br>                Defendant. | No. 2:23-cv-00451-MHT |

## NOTICE BY THE UNITED STATES CONCERNING POTENTIAL PARTICIPATION

The United States hereby advises the Court that it is considering participating in this litigation by filing a Statement of Interest pursuant to 28 U.S.C. § 517, which authorizes the Attorney General of the United States to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in the courts of a State, or to attend to any other interest of the United States."

The United States is currently evaluating its potential interest in this matter. Given that Defendant's motion to dismiss is now fully briefed, and also given the Court's intent to "inform the

parties of a new date [for oral argument] as soon as possible," ECF No. 38 at 2, the United States respectfully advises the Court of its potential upcoming filing. The United States currently anticipates that, if it elects to submit a filing at this stage, it will do so by Thursday, November 9, 2023. The United States appreciates the Court's consideration of its potential views in this matter.

Dated: November 1, 2023								Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

DANIEL SCHWEI
Special Counsel

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Anna Deffebach*
ANNA DEFFEBACH (DC Bar # 241346)
LISA NEWMAN
ALEXANDER ELY
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 993-5182
anna.l.deffebach@usdoj.gov

*Counsel for the United States*