IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity,  )<br>)<br>)<br>Defendant.  ) | CIVIL ACTION<br><br>CASE NO. 2:23-cv-00450-MHT |

### NOTICE OF APPEARANCE FOR ATTORNEY LATASHA MCCRARY

**COMES NOW** Latasha McCrary (Bar No. ASB-1935-L75M), who moves this Court to be enrolled as co-counsel for Plaintiff, Yellowhammer Fund. Latasha McCrary is an attorney with the Southern Poverty Law Center, and she is admitted to practice in the United States District Court for the Middle District of Alabama.

**WHEREFORE**, undersigned counsel respectfully request that this Court enroll Latasha McCrary as co-counsel of record for Plaintiff.

Dated: January 31, 2024.

Respectfully submitted,

*/s/ Latasha McCrary*
Latasha McCrary, ASB-1935-L75M
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
Telephone: (334) 604-5018
latasha.mccrary@splcenter.org

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing was electronically filed with the Clerk of Court on January 31, 2024, by using the Court's CM/ECF filing system, which system will send notice of electronic filing to appearing parties in accordance with the procedures established.

*/s/ Latasha McCrary*
Attorney for Plaintiff
