IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients. | ) ) ) CIVIL ACTION |
| Plaintiff, | ) ) CASE NO. 2:23-cv-00450-MHT ) |
| v. | ) ) |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | ) ) ) ) |
| Defendant. | ) ) |

**PROPOSED ORDER**

**IT IS HEREBY ORDERED** that Latasha McCrary (Bar No. ASB-1935-L75M) be enrolled as co-counsel for Plaintiff, Yellowhammer Fund in the above-captioned matter.

**ORDERED**, this _____ day of _____, 2024.

_____
HON. MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE