**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | ) ) ) | |
| Plaintiff, | ) | CASE NO. 2:23-cv-00450-MHT |
| | ) | |
| v. | ) ) | |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | ) ) ) ) | |
| Defendant. | ) ) | |

| | |
|---|---|
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) |
| Defendant. | ) ) |

**MOTION TO WITHDRAW AS COUNSEL**
**FOR YELLOWHAMMER FUND**

Pursuant to L.R. 83.1(f), Attorney Ashley N. Light respectfully moves this Court to withdraw as counsel for Plaintiff Yellowhammer Fund in this action. In support of this motion, the undersigned states as follows:

1.   After February 21, 2024, Ashley N. Light will no longer be affiliated with The Southern Poverty Law Center and will no longer be handling cases on behalf of the firm. The Southern Poverty Law Center and associated attorneys will continue to represent the Plaintiffs.

2.   The undersigned is unaware of any prejudice to the rights and interests of any parties occasioned by her withdrawal in this case.


Dated: February 6, 2024                    Respectfully Submitted,


                                           */s/ Ashley N. Light*

                                           Ashley N. Light
                                           One of the Attorneys for
                                           Plaintiff Yellowhammer Fund


Ashley N. Light, ASB 1059-F69L
Latasha L. McCrary ASB-1935-L75M
SOUTHERN POVERTY LAW CENTER
400 Washington Ave
Montgomery, AL 36104
(334) 745-1530 (AL)
(334) 604-5018 (LM)
ashley.light@splcenter.org
latasha.mccrary@splcenter.org

Jamila Johnson*
Allison Zimmer*
THE LAWYERING PROJECT
3157 Gentilly Blvd. #2231
New Orleans, LA 70122
(347) 706-4981 (JJ)

(347) 515-6074 (AZ)
jjohnson@lawyeringproject.org
azimmer@lawyeringproject.org

Paige Suelzle*
THE LAWYERING PROJECT
2501 SW Trenton Street #1097
Seattle, WA 98106
(347) 515-6073
psuelzle@lawyeringproject.org

Krista Dolan*
SOUTHERN POVERTY LAW CENTER
106 East College Avenue, #M
Tallahassee, FL 32301
(850) 521-3000
krista.dolan@splcenter.org


*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, Ashley N. Light, do hereby Certify that a true and correct copy of the foregoing has been furnished by ECF electronic service, on this 6th day of February 2024, to all counsel of record.

Date: February 6, 2024                                  _/s/ Ashley N. Light_
                                                        Ashley N. Light