IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients. | )<br>)<br>) |
| Plaintiff, | )<br>)  CASE NO. 2:23-cv-00450-MHT |
| v. | )<br>) |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity | )<br>)<br>)<br>) |
| Defendant. | ) |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | )<br>)<br>)<br>) |
| Defendant. | ) |

## MOTION FOR ADMISSION
## PRO HAC VICE FOR JUANLUIS RODRIGUEZ

**COMES NOW** Latasha McCrary, counsel for Plaintiff Yellowhammer Fund ("Plaintiff"), and states that she is a member in good standing of the Bar of Alabama and this Court and moves this Court to allow Juanluis Rodriguez of the Lawyering

1

Project to appear pro hac vice in this matter as co-counsel for Plaintiff. As grounds for this Motion, counsel states as follows:

1. Juanluis Rodriguez is an attorney with the Lawyering Project, located at 41 Schermerhorn Street, No. 1056, Brooklyn, NY 11201. His telephone number is (646) 490-1080. Mr. Rodriguez's email address is prodriguez@lawyeringproject.org.

2. Mr. Rodriguez is currently licensed by, in good standing with, and admitted to practice in the United States District Court for the Southern District of New York since November 14, 2023.

3. Mr. Rodriguez has never resigned, has never been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law; and has no grievances pending against him.

4. A copy of a Certificate of Good Standing from the United States District Court for the Southern District of New York is attached hereto as Exhibit A.

5. Mr. Rodriguez agrees to subject himself to the jurisdiction of this Court in any matter arising out of his conduct in this case, and he agrees to be bound by the rules of professional responsibility applicable to lawyers practicing in this Court.

6. Latasha McCrary of the Southern Poverty Law Center is counsel for the Plaintiff in this action and is sponsoring Mr. Rodriguez's admission to practice before this Court pro hac vice.

**WHEREFORE**, Latasha McCrary respectfully requests this Court to admit Juanluis Rodriguez pro hac vice for Plaintiff Yellowhammer Fund, in this action.

Dated: February 8, 2024					Respectfully submitted,

*/s/ Latasha McCrary*
Latasha McCrary (ASB-1935-L75M)
SOUTHERN POVERTY LAW CENTER
400 Washington Ave.
Montgomery, AL 36104
Telephone: 334-604-5018
latasha.mccrary@splcenter.org

*/s/ Juanluis Rodriguez*
Juanluis Rodriguez (NY Bar #37953)
THE LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
Telephone: (646) 490-1080
Facsimile: (646) 480-8756
prodriguez@lawyeringproject.org

*Counsel for Plaintiff Yellowhammer Fund*

## **CERTIFICATE OF SERVICE**

I, Latasha McCrary, do hereby Certify that a true and correct copy of the foregoing has been furnished by ECF electronic service, on this 8th day of February 2024, to all counsel of record.

Date: February 8, 2024                    /s/ *Latasha McCrary*
                                          Latasha McCrary