# EXHIBIT A

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

JUANLUIS RODRIGUEZ, Bar # 5543194

was duly admitted to practice in the Court on

November 14, 2023

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.     On     February 8, 2024
New York, New York

Ruby J. Krajick     By     s/ Samantha Gonzalez
Clerk of Court                          Deputy Clerk