# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

|  |  |  |
|---|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:23-cv-450-MHT |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | ) ) ) ) ) | |
| Defendant. | ) ) | |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:23-cv-450-MHT |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF WEST ALABAMA WOMEN'S CENTER, ET AL., PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

On May 1, 2024, the United States District Court for the Southern District of Indiana issued its decision in *Planned Parenthood Great Northwest, Hawaii, Alaska, Indiana, Kentucky, Inc., v. Commissioner, Indiana State Department of Health, et al.*, No. 1:17-cv-01636-SEB-MG (S.D. Ind. May 1, 2024). The decision grants summary judgment in favor of Plaintiff PPGNHAIK as to its First Amendment claim against an Indiana statute that, *inter alia*, "prohibits any person

from providing assistance to a minor in pursuing out-of-state alternatives for obtaining abortion, including informing the minor of any such alternatives that may carry less stringent requirements than those imposed under Indiana law," *id.* at 1–3, and permanently enjoins the State from enforcing the challenged statute, "insofar as it would prohibit Plaintiff and its physicians from disseminating to minors information regarding legal abortion practices and abortion care providers in states other than Indiana and from providing referrals to and contacting out-of-state abortion providers on behalf of minor patients," *id.* at 20. A copy of the decision is attached hereto as Exhibit A.

Dated: May 6, 2024

Respectfully submitted,

Meagan Burrows*
New York State Bar No. 5341904
Alexa Kolbi-Molinas*
New York State Bar No. 4477519
Lindsey Kaley*
New York State Bar No. 5324983
Scarlet Kim*
New York State Bar No. 5025952
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
mburrows@aclu.org
akolbi-molinas@aclu.org
lkaley@aclu.org
scarletk@aclu.org

Lorie Chaiten*
Illinois State Bar No. 6191424
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

1640 North Sedgwick
Chicago, IL 60614
(212) 549-2633
lchaiten@aclu.org

Alison Mollman
Alabama State Bar No. 8397-A33C
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-1747
(334) 265-2754
amollman@aclualabama.org

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I, Meagan Burrows, do hereby certify that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system on this 6th day of May 2024, which will serve all counsel of record.

_____
Meagan Burrows