IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:23cv450-MHT |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | ) ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:23cv451-MHT |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

The court having resolved defendant's motion to dismiss (Doc. 28), it is ORDERED as follows:

(1) A status conference is set for May 15, 2024, at 8:30 a.m., to discuss the next steps in the case. The courtroom deputy shall arrange for the status conference to be by Zoom.

(2) Three business days before the status conference, the parties are to file proposals on how to proceed in this case. The court understands that a motion for summary judgment (Doc. 27) is still pending.

DONE, this the 7th day of May, 2024.

                                         /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**