# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:23-cv-450-MHT |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | ) ) ) ) ) | |
| Defendant. | ) ) | |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:23-cv-450-MHT |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT PROPOSAL FOR PROCEEDING WITH THE ABOVE-CAPTIONED CASE PURSUANT TO THIS COURT'S MAY 7, 2024 ORDER, ECF NO. 49, AND PROPOSED BRIEFING SCHEDULE**

On May 7, 2024, this Court entered an Order, ECF No. 49, setting a status conference for May 15, 2024, at 8:30 a.m. to discuss next steps in the above-captioned case and directing the parties to file proposals regarding how to proceed in this case. In response, the parties met and conferred and now submit this joint proposal. All parties agree that this matter may be resolved on

cross-motions for summary judgment, and jointly propose the following dispositive briefing schedule:

- May 20, 2024:  Deadline for Defendant to file Answer(s) to Plaintiffs' Complaints
- July 10, 2024:  Deadline for Opening Motions for Summary Judgment[1]
- August 10, 2024:  Deadline for Oppositions to Motions for Summary Judgment
- August 30, 2024:  Deadline for Replies in Support of Motions for Summary Judgment

\* \* \*

Pursuant to this Court's General Order and the Civil and Criminal Administrative Procedures regarding Electronic Case Filing, it is hereby certified that all signing parties have agreed to the electronic filing of this document by one party with electronic signatures of counsel for both Yellowhammer Fund and the West Alabama Women's Center, et al., Plaintiffs and for Defendant Steve Marshall.

Dated: May 10, 2024

                Respectfully submitted,

                /s/ Meagan Burrows
                Meagan Burrows*
                New York State Bar No. 5341904
                Alexa Kolbi-Molinas*
                New York State Bar No. 4477519
                Lindsey Kaley*
                New York State Bar No. 5324983
                Scarlet Kim*

---

[1] As the Court acknowledged in its May 7, 2024 Order, Plaintiff Yellowhammer Fund has a pending motion for summary judgment (ECF No. 27). Plaintiff Yellowhammer Fund defers to the Court's preference as to whether it should proceed based on that already-filed motion and accompanying brief and address the issues identified in the Court's motion to dismiss order on reply or submit a supplement on those issue at the time of the opening motion for summary judgment deadline.

New York State Bar No. 5025952
Jessica Quinter*
New York State Bar No. 6124077
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
mburrows@aclu.org
akolbi-molinas@aclu.org
lkaley@aclu.org
scarletk@aclu.org
jquinter@aclu.org

Lorie Chaiten*
Illinois State Bar No. 6191424
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
1640 North Sedgwick
Chicago, IL 60614
(212) 549-2633
lchaiten@aclu.org

Alison Mollman
Alabama State Bar No. 8397-A33C
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-1747
(334) 265-2754
amollman@aclualabama.org

*Counsel for the West Alabama Women's Center, et al., Plaintiffs*

/s/  Jamila Johnson
Jamila Johnson*
Allison Zimmer*
The Lawyering Project
3157 Gentilly Blvd. #2231
New Orleans, LA 70122
(347) 706-4981 (JJ)
(347) 515-6074 (AZ)
jjohnson@lawyeringproject.org
azimmer@lawyeringproject.org

Paige Suelzle*
The Lawyering Project
158 SW 148th Street #1198
Seattle, WA 98116
(347) 515-6073
psuelzle@lawyeringproject.org

Juanluis Rodriguez*
The Lawyering Project
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
(646) 490-1080
prodriguez@lawyeringproject.org

Latasha McCrary, ASB-935-L75M
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
(334) 604-5018
latasha.mccrary@splcenter.org

Krista Dolan*
Southern Poverty Law Center
106 East College Avenue, #M
Tallahassee, FL 32301
(850) 521-3000
Krista.dolan@splcenter.org

*Counsel for Yellowhammer Fund*

Steve Marshall
*Attorney General*

/s/ James W. Davis
James W. Davis (ASB-4063-I58J)
    *Deputy Attorney General*
Benjamin M. Seiss (ASB-2110-O00W)
    *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Jim.Davis@AlabamaAG.gov

Ben.Seiss@AlabamaAG.gov

*Counsel for Attorney General Steve Marshall*

*\*Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I, Meagan Burrows, do hereby certify that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system on this 10th day of May 2024, which will serve all counsel of record.

*/s/* Meagan Burrows
Meagan Burrows