IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:23cv450-MHT |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | ) ) ) ) | |
| Defendant. | ) | |
| | | |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:23cv451-MHT |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

Based on the representations made by the parties at the status conference on May 15, 2024, it is ORDERED

that plaintiff Yellowhammer Fund's motion for summary judgment (Doc. 27) is denied without prejudice, and said plaintiff shall file another motion for summary judgment in accordance with the scheduling order entered today.

DONE, this the 15th day of May, 2024.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE