IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:23cv450-MHT |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | ) ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:23cv451-MHT |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) | |
| Defendant. | ) | |

SCHEDULING ORDER

Based on the representations made by the parties at the status conference on May 15, 2024, that the parties

will not engage in discovery and that the proposed filing deadlines are subject to change by the court, it is ORDERED as follows:

(1) The deadline for the defendant to file an answer or answers to the plaintiffs' complaints is May 20, 2024.

(2) The deadline for all parties to file motions for summary judgment is June 17, 2024.

(3) The deadline for the parties to file oppositions to the motions for summary judgment is July 15, 2024.

(4) The deadline for the parties to file replies in support of their motions for summary judgment is July 22, 2024.

DONE, this the 15th day of May, 2024.

                              /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE