**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 2:23-cv-450-MHT |
| | )<br>) |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

| | |
|---|---|
| | ) |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | ) Civil Action No. 2:23-cv-451-MHT |
| | )<br>) |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | )<br>)<br>)<br>) |
| Defendant. | ) |

**MOTION TO AMEND CAPTION**

Plaintiffs West Alabama Women's Center, Alabama Women's Center, and Yashica Robinson, M.D. ("WAWC Plaintiffs"), by and through undersigned counsel, hereby move the Court to amend the full case caption to identify Plaintiff Alabama Women's Center's as Alabama Center for Reproductive Alternatives, LLC, d/b/a Alabama Women's Center, which is the entity's full legal name, followed by the name under which it does business. Prior filings mistakenly identified the abovementioned party only by the name under which it does business.

The WAWC Plaintiffs' Motion is intended only to correct an administrative error, and thus does not seek substantive relief. A motion to amend the caption is not, and does not require, a motion for leave to amend the complaint.[1] *See, e.g.*, *Woodard v. Tate & Kirlin Assocs.*, No. 1:08-cv-416, 2008 WL 11470999, *2 n.1 (N.D. Ga. Apr. 22, 2008); *Siegworth v. Sun City Stables*, No. 8:09-cv-973, 2010 WL 11627537, *1 (M.D. Fla. Feb. 16, 2010). Accordingly, the WAWC Plaintiffs respectfully request that their Motion to Amend Caption be granted.

Dated: June 12, 2024

        Respectfully submitted,

        /s/Alison Mollman
Alison Mollman
Alabama State Bar No. 8397-A33C
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-1747
(334) 265-2754
amollman@aclualabama.org

Meagan Burrows*
New York State Bar No. 5341904
Alexa Kolbi-Molinas*
New York State Bar No. 4477519
Lindsey Kaley*
New York State Bar No. 5324983
Scarlet Kim*
New York State Bar No. 5025952
Jessica Quinter*
New York State Bar No. 6124077
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
mburrows@aclu.org

---

[1] Because this is not a substantive motion to amend the complaint (or any other document or pleading), but merely a request to correct an administrative error in the case caption, the requirements of Local Rule 15.1 are inapplicable.

akolbi-molinas@aclu.org
lkaley@aclu.org
scarletk@aclu.org
jquinter@aclu.org

Lorie Chaiten*
Illinois State Bar No. 6191424
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
1640 North Sedgwick
Chicago, IL 60614
(212) 549-2633
lchaiten@aclu.org

*Attorneys for the WAWC Plaintiffs*

*\*Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system on this 12th day of June 2024, which will serve all counsel of record.

/s/Alison Mollman
Alison Mollman