# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:23-cv-450-MHT |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | ) ) ) ) ) ) |
| Defendant. | ) |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff, et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 2:23-cv-451-MHT ) |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) |
| Defendant. | ) |

## [PROPOSED] ORDER

**IT IS ORDERED** that Plaintiffs West Alabama Women's Center, Alabama Women's Center for Reproductive Alternatives, LLC, d/b/a Alabama Women's Center, and Dr. Yashica Robinson's Motion, pursuant to Fed. R. Civ. P. 56, for Summary Judgment on Counts II and III of their Verified Complaint; request for a declaration that the use of provisions of Alabama's criminal code, including but not limited to Ala. Code §§ 13A-4-4, 13A-4-1, 13A-4-3, 13A-2-23, to prosecute individuals for otherwise lawful speech or conduct that is intended to or may be used to assist Alabamians seeking to cross state lines to obtain abortion care in a state where abortion is

2

legal violates both the First Amendment and the constitutionally protected right to travel; and request for a permanent injunction restraining Defendant and his employees, agents, and successors in office from enforcing or threatening to enforce those laws in that manner; is hereby **GRANTED**.

_____
U.S. District Court Judge
Honorable Myron H. Thompson


_____
Date