# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients. | )<br>)<br>) CASE NO. 2:23-cv-00450-MHT<br>) |
| Plaintiff, | ) CIVIL ACTION |
| v. | )<br>) |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity | )<br>)<br>)<br>) |
| Defendant. | )<br>) |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>) |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**DECLARATION OF PAIGE SUELZLE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, PAIGE SUELZLE, hereby declare under penalty of perjury that the following statements are true and correct:

1. I am a Legal Fellow at The Lawyering Project and counsel for Plaintiff in this action. I began my employment at The Lawyering Project in November 2022.

1

2. I provide the following testimony based on personal knowledge.

3. In preparation for this lawsuit, I searched online for an audio recording of Attorney General Steve Marshall's statements about prosecuting abortion funds which had previously been reported in the media. On or around December 15, 2022, I found the audio recording of Attorney General Marshall's comments on the Jeff Poor Show, 106.5 FM Talk, at the following link: https://fmtalk1065.com/podcast/alabama-attorney-general-steve-marshall-jeff-poor-show-thursday-8-11-22.

4. The recording was dated August 11, 2022, at 4:29:09 pm.

5. The Lawyering Project transcribed Attorney General Marshall's comments for purposes of this action, from approximately the 8:00 minute mark to the 10:01 minute mark.

6. I have verified that the following is an accurate transcription of Attorney General Marshall's radio remarks:

There is no doubt that [the Abortion Ban] is a criminal law, and the general principles that apply to a criminal law would apply to this . . . a classic felony, the most significant offense that we have as far as punishment goes under our criminal statute absent a death penalty case, and so, uh, provisions relating to accessory liability—uh provisions relating to conspiracy—uh would have applicability involving [the Abortion Ban]. So, for example, if

someone was promoting themselves out as a funder of abortion out of state, uh, then that is potentially criminally actionable for us. And so, one thing we will do in working with local law enforcement and prosecutors is making sure that we fully implement this law. You know there is nothing about that law that restricts any individual from driving across state lines and, uh, seeking an abortion, uh, in another place, however, I would say that if any individual held themselves out, uh, as a, as an entity or a group that is using funds, that they are able to raise, uh, to be able to facilitate those, uh, those visits then that, uh, is something we are going to look at closely. . . . To the extent that there is groups, and we've seen groups out of Tuscaloosa for example, that have one point in time have talked about it, some of them are doing it now, uh, but if they are promoting this as one of the services, uh, we clearly will be taking a look at that.

7. Over the past several months since discovering the audio recording, I have re-listened to the above-linked audio recording numerous times to confirm the accuracy of the transcription.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/18/23

*Paige Suelzle*
Paige Suelzle