# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients. | ) ) ) | CASE NO. 2:23-cv-00450-MHT |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) ) | |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity | ) ) ) ) ) | |
| Defendant. | ) | |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF KARI WHITE, PH.D. M.P.H., IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

KARI WHITE, PH.D. M.P.H., hereby declares under penalty of perjury that the following statements are true and correct:

1

1.    I am a public health researcher focusing on the impacts of health policies that affect access to reproductive healthcare and health outcomes, with a particular focus on states in the South, including Alabama. I was engaged in this matter to help the Court understand the reproductive health environment, specifically with regard to abortion care, for pregnant people in Alabama.

2.    I was asked to opine on the reproductive healthcare landscape in Alabama since the U.S. Supreme Court's decision in *Dobbs v. Jackson Women's Health Organization*, with a specific focus on the availability and incidence of abortion care and the risks of pregnancy and childbirth.

3.    In reaching my opinion, I relied upon data about the number of abortions obtained before and after *Dobbs*, Alabama demographic information, health outcomes data and research, geographic analysis of abortion clinics across the country, and public health literature about access to health care and health outcomes.

## My Professional Background and Qualifications

4.    I earned a Master of Public Health degree from Tulane University School of Public Health in New Orleans, Louisiana, and a Ph.D. in sociology with a specialization in demography from the University of Texas at Austin ("UT Austin"). The study of public health looks at factors that that affect the health of a population or certain groups within a population, with a focus on the social determinants of

health. The study of demography looks at factors that contribute to population change, including mortality, fertility, and immigration.

5.      I am currently an Associate Professor of Social Work and Sociology at UT Austin.

6.      I also serve as the Principal Investigator of the Texas Policy Evaluation Project ("TxPEP"), a collaborative group of university-based investigators who evaluate the impact of legislation in Texas related to women's reproductive health. Based at UT Austin's Population Research Center, the project began in 2011. Its mission is to conduct methodologically principled research and communicate the results to a broad audience through peer-reviewed scientific publications, research briefs, and other materials.

7.      Prior to joining the faculty of UT Austin, I served as an Associate Professor at the University of Alabama at Birmingham's School of Public Health from 2011 to 2019. While there, I taught in the Department of Health Care Organization and Policy.

8.      My training and professional experience in public health have centered on reproductive health behaviors, public health policies, and the delivery and provision of reproductive health services.

9.      My research focuses on family planning and reproductive healthcare. Specifically, my research has examined contraceptive and other family planning

services provided at publicly funded clinics, access to abortion, and vasectomy access. I also have studied postpartum contraceptive use. I lecture on reproductive health policy, family planning, and immigrant health.

10.   I have authored more than 100 peer-reviewed articles, and I serve as a reviewer for several respected journals, including the Journal of the American Medical Association (JAMA), American Journal of Public Health, Obstetrics and Gynecology, Contraception, and Perspectives on Sexual and Reproductive Health. Among other things, my publications have addressed Medicaid postpartum sterilization, post-abortion contraception preferences, and travel for abortion services in Alabama. A list of these publications is attached within my C.V. at **Exhibit 1**.

11.   During my career, I have focused my research on reproductive healthcare in the Deep South. My work has included research projects in Alabama, Georgia, Mississippi, Louisiana, and Texas, among other states. This background has provided me with a deep understanding of the abortion service provision environment in the Deep South.

12.   I have published eight peer-reviewed articles that focus on reproductive healthcare in Alabama. In 2017, I published a study on abortion access in Alabama that explored the impact of travel distance to clinic locations and delays in accessing abortion care. My study found that lower income people in Alabama were more

likely to experience longer intervals between their initial consultation appointment and their abortion appointments than patients with higher incomes.[1]

13.    I have also published research on the role of abortion funds in navigating access to abortion care for patients with limited abortion care options in their states of residence.

14.    I am a member of the American Public Health Association, the Population Association of America, and the Society of Family Planning.

15.    The following testimony is based on my personal knowledge, professional experience, original research, and knowledge of the relevant professional literature.

## Impact of *Dobbs* on Abortion Access in Alabama

16.    Based on my assessment of state and national abortion numbers, the geographic location of abortion clinics in the South, as well as data from professional organizations studying abortion, it is my expert opinion that abortion has become increasingly inaccessible for many pregnant Alabamians since the U.S. Supreme Court's decision in *Dobbs v. Jackson Women's Health Organization*.

---

[1] K. White, J.M. Turan, and D. Grossman, *Travel for abortion services in Alabama and delays obtaining care*, Women's Health Issues 27(5): 523-529 (2017).

17.    Even before *Dobbs*, abortion clinics were few and difficult for patients to access. In 2021, there were five abortion clinics in Alabama. By June 2022, that number had been reduced to three clinics.[2]

18.    According to data from the Alabama Department of Health, at least 1,800 Alabamians traveled out of state to obtain needed abortion care in 2021. That figure represents about 22% of all abortions, or over 1 in 5 abortions, that Alabamians received in that year.[3]

19.    Before *Dobbs*, Alabamians were required to travel approximately 34 miles, on average, to the closest abortion clinic.[4]

20.    Today, sixteen states, including Alabama, ban or restrict abortion care at or before six weeks since a pregnant person's last menstrual period.[5] Many of the states closest to Alabama, including Mississippi, Louisiana, Tennessee, Arkansas, and Georgia, are among those that severely restrict abortion in most circumstances.[6] Access to abortion care in the South is constantly changing as other states in the

---

[2] Maddison Booth & Todd Stacy, *Post-Dobbs, Alabama providers examine abortion law*, Alabama Daily News (July 7, 2022), https://aldailynews.com/post-dobbs-alabama-providers-examine-abortoin-law/.

[3] *Induced Termination of Pregnancy Statistics*, Alabama Center for Health Statistics, Alabama Department of Public Health, at 1 (2021).

[4] *See* Abortion Access Dashboard, Data and Methodology, https://about-the-abortion-access-dashboard-analysis-1.hub.arcgis.com/ (last visited Aug. 9, 2023).

[5] *See Tracking Abortion Bans Across the Country*, https://www.nytimes.com/interactive/2022/us/abortion-laws-roe-v-wade.html (last visited Aug. 9, 2023).

[6] *Id.*

region continue to pass new abortion restrictions and these restrictions are challenged in court.

21.     Since *Dobbs*, Alabamians must travel significant distances to obtain abortion care unless they qualify for a very narrow exception in Alabama's abortion ban. Today, the average distance that Alabamians must travel for abortion care is 160 miles.[7] For Alabamians that reside in certain counties that are furthest from states where abortion is accessible, the closest abortion clinic may be as far as 270 miles in each direction.[8] These distances are consistent with a national trends, where people across the country now must travel significantly further to access abortion care than they did before *Dobbs*.[9]

22.     Nationally, the inaccessibility of abortion since *Dobbs* has led to many thousands of pregnant people being unable to obtain an abortion from a clinician.[10] These impacts are disproportionately experienced by Black, Indigenous, and other people of color, who now face the longest travel times to the closest abortion

---

[7] *See* Abortion Access Dashboard, States Data, https://about-the-abortion-access-dashboard-analysis-1.hub.arcgis.com/ (last visited Aug. 9, 2023).

[8] *See* Abortion Access Dashboard, Counties Data, https://about-the-abortion-access-dashboard-analysis-1.hub.arcgis.com/ (last visited Aug. 9, 2023).

[9] *See* Abortion Access Dashboard, States Data, https://about-the-abortion-access-dashboard-analysis-1.hub.arcgis.com/ (last visited Aug. 9, 2023).

[10] #WeCount Report April 2022-March 2023, Society of Family Planning, at 6 (June 15, 2023), https://societyfp.org/wp-content/uploads/2023/06/WeCountReport_6.12.23.pdf (reporting that 25,640 fewer abortions were obtained from a clinician between July 2022 and March 2023 compared to the pre-*Dobbs* period).

facility.[11] Those who reside in states that ban abortion and seek out-of-state abortion care are more likely to be Black than those who reside in states where abortion is lawful.[12] Even before *Dobbs*, residents of states that have now banned abortion were more likely to travel out-of-state for abortion care than their peers in states where abortion is legal, and those residents were more likely to be Black.[13]

23.     Before *Dobbs*, Black pregnant people disproportionately accessed abortion care in Alabama. In 2021, Black Alabamians comprised 67 percent of the state's abortion patients while only comprising around 27 percent of the Alabama population.[14] And most abortion patients in Alabama in 2021 had previously given birth to at least one child.[15]

---

[11] *See* Guttmacher Institute, https://www.guttmacher.org/article/2023/04/characteristics-abortion-patients-protected-and-restricted-states-accessing-clinic; Rachel K. Jones & Doris W. Chiu, *Characteristics of Abortion Patients in Protected and Restricted States Accessing Clinic-Based Care 12 Months Prior to the Elimination of the Federal Constitutional Right to Abortion in the United States* (Apr. 11, 2023), https://doi.org/10.1363/psrh.12224.

[12] *Id.*

[13] *Id.*

[14] *Induced Termination of Pregnancy Statistics*, Alabama Center for Health Statistics, Alabama Department of Health, at 1 (2021), https://www.alabamapublichealth.gov/healthstats/assets/2021_itop_annual_report.pdf (reporting that 5,581 of Alabama residents obtaining an abortion were Black, compared to 8,294 total abortions in 2021); U.S. Census Bureau, https://www.census.gov/quickfacts/fact/table/AL,US/RHI225222.

[15] *Induced Termination of Pregnancy Statistics*, Alabama Center for Health Statistics, Alabama Department of Health, at 2 (2021), https://www.alabamapublichealth.gov/healthstats/assets/2021_itop_annual_report.pdf.

24.    Along with Kentucky, Alabama has the sixth largest percentage of residents living in poverty among all states in the country.[16] In Alabama today, there are more than 800,000 people, including 250,000 children, living below the poverty line.[17] Since there are such high levels of poverty among Alabama residents, it is going to be difficult for people to get sufficient resources required to travel and pay for abortion care, and therefore they need the financial assistance that abortion funds and practical support organizations provide.

25.    Based on my research, interviews with patients who live in states with limited access to abortion care and the abortion funds and practical support organizations that support them, and the relevant literature, it is my expert opinion that abortion funds play an important role connecting patients in states with restricted abortion access to abortion care in states where abortion is lawful. Since *Dobbs*, abortion funds must help patients navigate their way to care by supporting travel, funding for their abortion, and other needs.

26.    Based on my research with abortion funds and patients who live in states with limited abortion access, it is also my opinion that *Dobbs* has increased the challenges faced by patients and by the funds and organizations that support

---

[16] *See* U.S. Department of Agriculture, https://data.ers.usda.gov/reports.aspx?ID=17826#Pdc43fdb6c80441dc945ff17e42ec00aa_3_229iT3.

[17] *Id.*

them. Since *Dobbs*, patients must travel further to access care and the time and resources involved with accessing care is significantly greater than it was before *Dobbs*.[18]

27.   Studies have shown that people who seek but are unable to obtain an abortion are more likely to have diminished educational and job prospects, greater economic insecurity, and poorer health outcomes than those who obtained an abortion.[19]

## **Childbirth Risks**

28.   The United States has a higher rate of maternal mortality than any other developed nation, and that rate has increased in recent years.[20] Alabama has the third highest maternal mortality rate in the country, at 36.4 deaths per 100,000 live births.[21]

---

[18] *See* Abortion Access Dashboard, States Data, https://about-the-abortion-access-dashboard-analysis-1.hub.arcgis.com/ (last visited Aug. 9, 2023

[19] Sarah Miller, Laura Wherry, & Diana Greene Foster, *The Economic Consequences of Being Denied an Abortion* http://www.nber.org/papers/w26662.pdf; Diane Greene Foster et al., *Socioeconomic Outcomes of Women Who Receive and Women Who Are Denied Wanted Abortions in the United States*, 108 AM. J. PUB. HEALTH 407 (2018) https://doi.org/10.2105/AJPH.2017.304247; Caitlin Gerdts et al., *Side Effects, Physical Health Consequences, and Mortality Associated with Abortion and Birth after an Unwanted Pregnancy*, 26 WOMEN'S HEALTH ISSUES 55 (2016), https://doi.org/10.1016/j.whi.2015.10.001; Lauren J. Ralph, et al., *Self-reported Physical Health of Women Who Did and Did Not Terminate Pregnancy After Seeking Abortion Services: A Cohort Study*, 171 ANNALS INTERN MED. 238 (2019), ;171(4), https://doi.org/10.7326/M18-1666.

[20] *See generally* Roosa Tikkanen et al.*, Maternal Mortality and Maternity Care in the United States Compared to 10 Other Developed Countries*, Commonwealth Fund, Nov. 2020, https://doi.org/10.26099/411v-9255.

[21] *See* Alabama Dep't of Public Health, Bureau of Family Health Services, *2020 Maternal Morality Review*, at 6, https://www.alabamapublichealth.gov/perinatal/assets/2020_final_annual_mmr.pdf.

29.    Carrying a pregnancy to term is especially dangerous for certain populations. Pregnancy-related deaths disparately impact communities of color. The maternal mortality rate among Black women in the United States is particularly high. According to a 2021 report, the maternal mortality rate for non-Hispanic Black women is 2.6 times higher than the rate for non-Hispanic white women.[22] Specifically, the maternal mortality rate in 2021 was 26.6 deaths per 100,000 live births for non-Hispanic white women, while the maternal mortality rate for Black women was 69.9 deaths per 100,000 live births.[23]

30.    Generally, the rate of maternal mortality is significantly higher—especially for Black women—in states that severely restrict abortion as opposed to states where abortion is lawful.[24] The maternal mortality rate is 62% higher in states that restrict abortion access than states where abortion is lawful.[25] Additionally, states that restrict abortion access have fewer maternal care providers than states

---

[22] Centers for Disease Control & Prevention, *Maternal Mortality Rates in the United States, 2021*, https://www.cdc.gov/nchs/data/hestat/maternal-mortality/2021/maternal-mortality-rates-2021.htm.

[23] *Id.*

[24] *See* Commonwealth Fund, *The U.S. Maternal Health Divide: The Limited Maternal Health Services and Worse Outcomes of States Proposing New Abortion Restrictions*, https://www.commonwealthfund.org/publications/issue-briefs/2022/dec/us-maternal-health-divide-limited-services-worse-outcomes.

[25] *Id.* (documenting 28.8 per 100,000 births in restrictive states compared to 17.8 per 100,000 births in states that allow abortion.)

with abortion access.[26]

31.     Many Alabama counties are considered maternity care deserts, meaning that people who reside in those counties do not have access to birthing facilities or maternity care providers.[27] 28% of women in Alabama have no birthing hospital within 30 minutes of their residence, compared with just 10% of women nationally.[28] In some Alabama counties, especially those in the Black Belt of Alabama, the distance to the nearest birthing hospital or maternity care provider can be up to 70 minutes each way.[29] As the March of Dimes has explained "the farther a woman travels to receive maternity care, the greater the risk of maternal morbidity and adverse infant outcomes, such as stillbirth and NICU [Neonatal Intensive Care Unit] admission."[30]

Signed this _21_ day of August, 2023.

_Kari White_

Kari White, Ph.D, M.P.H.

---

[26] *Id.*

[27] March of Dimes, *Where You Live Matters: Maternity Care Access in Alabama*, https://www.marchofdimes.org/peristats/reports/alabama/maternity-care-deserts.

[28] *Id.*

[29] *Id.*

[30] *Id.*

# EXHIBIT 1

# KARI WHITE

Office Address
University of Texas at Austin
Steve Hicks School of Social Work, 3.106D
Department of Sociology, RLP 2.620E
Austin, TX 78712
Phone: (512) 232-5742; (512) 471-2499
Email: kariwhite@utexas.edu

Mailing Address
1925 San Jacinto Blvd
Stop D3500
Austin, TX 78712

## EDUCATION

**Doctor of Philosophy, Sociology**
Concentration: Demography                                                                                        May 2011
*University of Texas at Austin,* Austin, TX
Dissertation: Determinants of fertility across context: a comparison of Mexican and Turkish immigrant women

**Master of Public Health, International Health and Development**                    May 2003
*Tulane University School of Public Health*, New Orleans, LA

**Master of Arts, Latin American Studies**                                                               Dec 2001
*University of Arizona*, Tucson, AZ

**Bachelor of Arts, Psychology, Summa Cum Laude**                                        May 1998
*University of New Mexico*, Albuquerque, NM

## FACULTY APPOINTMENTS

**Associate Professor with tenure**                                                              Aug 2019 - present
*Steve Hicks School of Social Work, University of Texas at Austin*, Austin, TX
*Department of Sociology, University of Texas at Austin (joint appointment)*

**Faculty Research Associate**                                                                     Aug 2019 - present
*Population Research Center, University of Texas at Austin*, Austin TX

**Adjunct Associate Professor**                                                                  Aug 2019 - present
*Health Care Organization & Policy, University of Alabama at Birmingham,* Birmingham, AL

**Associate Professor with tenure**                                                           Oct 2017 – Aug 2019
*Health Care Organization & Policy, University of Alabama at Birmingham,* Birmingham, AL

**Assistant Professor**                                                                              July 2011 – Sept 2017
*Health Care Organization & Policy, University of Alabama at Birmingham,* Birmingham, AL

**Associate Scholar**                                                                                 July 2011 - Aug 2019
*Lister Hill Center for Health Policy, University of Alabama at Birmingham,* Birmingham, AL

**Associate Scientist**                                                                             June 2014 - Aug 2019
*Minority Health & Health Disparities Research Center, University of Alabama at Birmingham,* Birmingham, AL

## PROFESSIONAL MEMBERSHIPS

Society of Family Planning
Population Association of America
American Public Health Association

Kari White

## FELLOWSHIPS/AWARDS/DISTINCTIONS

| | |
|---|---|
| Early Achievement Award, *Population Association of America* | 2020 |
| Loan Repayment Program, *National Institutes of Health, Health Disparities Research* | 2014 - 2016 |
| Pre-doctoral Fellow, *National Institute of Child Health and Human Development* | 2007 - 2010 |
| Doug Forbes Research Award, *University of Texas at Austin, Population Research Center* | 2008 |
| Summer Language Scholar, *Institute for Turkish Studies* | 2007 |
| Critical Languages Scholar – Turkish, *US Department of State* | 2007 |
| Turkish Language Scholar, *University of Texas at Austin, Center for Middle Eastern Studies* | 2006 |
| Health Leadership Fellow, *Connecticut Health Foundation* | 2005 - 2006 |
| Tinker Foundation Award, *Tulane University, Center for Latin American Studies* | 2002 |
| Tinker Foundation Award, *University of Arizona, Center for Latin American Studies* | 2000 |
| Phi Beta Kappa, Phi Kappa Phi, Golden Key National Honors Society | 1997 |

## RESEARCH

### Current Grants

**Grant #5574**                                                                                 Sept 2019 – Aug 2023
**Principal Investigator, Texas Policy Evaluation Project**
Private non-profit foundation

**Grant # G-21-2122854**                                                        Sept 2021 – Aug 2025
**Principal Investigator, Texas Policy Evaluation Project**
Collaborative for Gender + Reproductive Equity

**Grant 2022, Cycle 1**                                                            June 2022 – May 2024
**Principal Investigator, Texas Policy Evaluation Project**
Jacob & Therese Hershey Foundation

**Grant #2022-74184**                                                            Sept 2022 – Aug 2024
**Principal Investigator, Mitigating approaches to Support Long-term Abortion care Access**
David and Lucile Packard Foundation

**Grant R01 HD098127-01A1**                                              May 2020 – Jan 2024
**Co-Investigator, Multilevel factors affecting postpartum sterilization**
National Institute of Child Health and Human Development (K. Arora, PI)

**Grant #A2255A1**                                                                 Oct 2018 – Dec 2023
**Co-Investigator, Creating evidence and consensus in support of over-the-counter mifepristone-misoprostol**
Society of Family Planning (D. Grossman and N. Kapp, PIs)

### Previous Grants

**Contract #202102641**                                                        Oct 2021 – Aug 2022
**Principal Investigator, Sexual & Reproductive Healthcare Landscape Analysis**
Every Body Texas

**Grant #2018-67490**                                                            Aug 2018 – Jun 2022
**Principal Investigator, Mississippi Women's Health Experiences & Options Study**
David and Lucile Packard Foundation

**Pilot grant, Level II**                                                            Jan 2021 – Dec 2021
**Principal Investigator, Piloting online recruitment and retention for men considering vasectomy**
UT Austin, Population Research Center

2

Kari White

**Grant #5255**                                                              Aug 2017 – Jul 2020
**Co-Director Research Core, Co-Investigator, Center for Reproductive Health Research in the Southeast**
Private non-profit foundation (K. Hall, PI)

**Grant # 5379**                                                             Apr 2019 – Jul 2020
**Co-Investigator, Louisiana Admitting Privileges Project**
Private non-profit foundation (S. Roberts, PI)

**K01 HD079563-01A1**                                                        Dec 2014 – Aug 2019
**Principal Investigator, Factors influencing vasectomy use**
National Institute of Child Health and Human Development

**Grant #2017-66910**                                                        Feb 2018 – Jun 2019
**Principal Investigator, Louisiana Women's Access Study**
David and Lucile Packard Foundation

**C40118041, C50119045**                                                     Oct 2011 – Aug 2019
**Principal Investigator,\* Plan First: Medicaid Waiver Evaluation**
Alabama Department of Public Health (*Co-Investigator, Oct 2011-April 2016; J. Bronstein, PI)

**Grants #3862, #3673, #5123**                                               Oct 2011 – Aug 2019
**Co-Investigator, Texas Policy Evaluation Project**
Private non-profit foundation (J.E. Potter, PI)

**Grant #2016-64118**                                                        Apr 2016 – Aug 2017
**Principal Investigator, Improving services & policies around reproductive health care in Mississippi**
David and Lucile Packard Foundation

**SFPRF7-JI3**                                                               Jul 2013 – Jul 2015
**Principal Investigator, Access to abortion care in the Deep South**
Society of Family Planning

**SFPRF7-10**                                                                Oct 2013 – Mar 2015
**Co-Investigator, Reproductive stigmas and pregnancy decision-making in Alabama**
Society of Family Planning (J.M. Turan, PI)

**C40870013**                                                                Jan 2014 – Dec 2014
**Co-Investigator, Title V Maternal Child Health Needs Assessment**
Alabama Department of Public Health (J. Preskitt, PI)

**Research Award**                                                           Oct 2012 – Jun 2014
**Principal Investigator, Unintended pregnancy among recent Latina immigrants**
UAB Minority Health and Health Disparities Research Center

**2009-031039**                                                             Mar 2009 – Sept 2010
**Co-Investigator, Texas Teen Opportunity Project**
Texas Department of State Health Services (K. Hopkins, PI)

<u>**Peer-reviewed publications**</u> (Underline indicates co-author was a student, fellow, or staff)

101. <u>A. Chatillon</u>, <u>E. Vizcarra</u>, B. Kumar, S.L. Dickman, A.D. Beasley, and **K. White**. 2023. Access to care following Planned Parenthood's termination from Texas' Medicaid network: A qualitative study. *Contraception,* In Press.

100. **K. White**, O. Leyser-Whalen, <u>B. Whitfield</u>, <u>A. Dane'el</u>, A. Andrea, A. Rupani, B. Kumar, G. Moayedi. 2023. "Abortion assistance fund staff and volunteers as patient navigators following an abortion ban in Texas." *Perspectives on Sexual and Reproductive Health*, In Press.

3

Kari White

99. W. Arey, K. Lerma and **K. White**. 2023 "Self-diagnosing the end of pregnancy after medication abortion." *Culture, Health & Sexuality*. In Press.

98. K.S. Arora, A. Chua, E. Miller, M. Boozer, T. Serna, B.W. Bullington, **K. White**, D.D. Gunzler, J.L. Bailit, and K. Berg. 2023. "Medicaid and Fulfillment of Postpartum Permanent Contraception Requests." *Obstetrics and Gynecology*; 141(5):918-925.

97. W. Arey, K. Lerma, E. Carpenter, G. Moayedi, L. Harper, A.D. Beasley, T. Ogburn, and **K. White**. 2023. "Abortion access and medically complex pregnancies before and after Texas Senate Bill 8" *Obstetrics and Gynecology*; 141(5): 995-1003.

96. G. Sierra, N.F. Berglas, L.G. Hofler, D. Grossman, S.C.M. Roberts, and **K. White**. 2023. "Out-of-state travel for abortion among Texas residents following an executive order suspending in-state services during the coronavirus pandemic." *International Journal of Environmental Research and Public Health*, 24(4): 3679.

95. A. Nagle, K. Lerma, and **K. White**. 2023. "Abortion-client religious identity and self-judgment in a setting with antiabortion protestors in Mississippi." *Contraception*; 121: 109977.

94. B. Whitfield, E. Vizcarra, A. Dane'el, L. Palomares, G. D'Amore, J. Maslowsky, and **K. White**. 2023. "Minors' experiences accessing confidential contraceptive care in Texas." *Journal of Adolescent Health*; 72(4): 591-598.

93. K. Lerma, E. Carpenter, A. Chatillon, and **K. White**. 2023. "Publicly funded family planning organizations' response to the COVID-19 pandemic in Texas." *Women's Health Issues;* 33(3): 228-234.

92. S.E. Baum, G. Sierra, D. Grossman, E. Vizcarra, J.E. Potter, and **K. White**. 2023. "Comparing preference for and use of medication abortion in Texas after policy changes in 2014 and 2018." *Contraception*; 119: 109912.

91. S. Vohra-Gupta, E.J. Ela, E. Vizcarra, L. Petruzzi, K. Hopkins, J.E. Potter, and **K. White**. 2022. "Evidence-based family planning services among publicly funded providers in Texas" *BMC Health Services Research*; 22(1): 1498.

90. J. Yarger, K. Hopkins, S. Elmes, I. Rossetto, S. De La Melena, C.E. McCulloch, **K. White**, and C.C. Harper. 2023. "Perceived Access to Contraception via Telemedicine Among Young Adults: Inequities by Food and Housing Insecurity." *Journal of General Internal Medicine*; 38(2): 302-308.

89. **K. White**, G. Sierra, K. Lerma, A. Beasley, L.G. Hofler, K. Tocce, V. Goyal, T. Ogburn, J.E. Potter, S.L. Dickman. "Association of Texas' 2021 ban on abortion in early pregnancy with the number of facility-based abortions in Texas and surrounding states." 2022. *JAMA*, 328(20): 2048-2055.

88. K.L. Burke, G. Sierra, K. Lerma, and **K. White**, 2022. "Service delivery at Title X sites in Texas during the COVID-19 pandemic." *Perspectives on Sexual and Reproductive Health* 54(4): 198-207.

87. E. Carpenter, H. Gyuras, K.L. Burke, D. Czarnecki, D. Bessett, M. McGowan, and **K. White**. 2023. "Seeking abortion care in Ohio and Texas during the COVID-19 pandemic." *Contraception*; 118: 109896.

86. Q. Chen, E. Carpenter, and **K. White**. 2022. "Non-physicians' challenges in sexual and reproductive health care provision for women of reproductive age with cancer: a scoping review of barriers and facilitators." *Supportive Care in Cancer*; 30(12): 10441-10452.

85. M.A. Biggs, K. Ehrenreich, N. Morris, K. Blanchard, C.K. Bustamante, S.Y. Choimorrow, D. Hauser, Y. Hernandez, N. Kapp, T. Kromenaker, G. Moayedi, J. Perritt, L. Ralph, E.G. Raymond, E.S. Valladares, **K. White** and D. Grossman.  2022. "Comprehension of an over-the-counter drug facts label prototype for a mifepristone and misoprostol medication abortion product." *Obstetrics & Gynecology.* 139(6): 1111-1122.

84. W. Arey, K. Lerma, A. Beasley, G. Moayedi, L. Harper, **K. White**. 2022. "A preview of the dangerous future of abortion bans – Texas Senate Bill 8." *New England Journal of Medicine*. 387: 388-390.

83. N. Berglas, **K. White**, R. Schroeder, S.C.M. Roberts. 2022. "Geographic Disparities in Disruptions to Abortion Care in Louisiana at the Onset of the COVID-19 Pandemic." *Contraception*. 115: 17-21.

82. **K. White**, M. Martinez-Ordenes, D.K. Turok, J.D. Gipson, S. Borrero. 2022. "Vasectomy knowledge and interest among US men who do not intend to have more children." *American Journal of Men's Health*, 16(3): 1557988322109857.

81. K. Lerma, A. McBrayer, S. Nathan, C. Dehlendorf, and **K. White**. 2022. "Use of a contraceptive decision support tool in the abortion care setting." *Contraception,* 113: 68-70.

80. A. Biggs, L. Ralph, N. Morris, K. Ehrenreich, J. Perritt, N. Kapp, K. Blanchard, **K. White**, R. Barar, D. Grossman 2022. "A cross-sectional survey of U.S. abortion patients' interest in obtaining medication abortion over the counter" *Contraception*, 109: 25-31.

79. S. Dickman, **K. White**, G. Sierra, and D. Grossman. 2022. "Financial hardships due to out-of-pocket abortion costs in Texas." *American Journal of Public Health,* 112(5): 758-761.

78. L. Ralph, K. Ehrenreich, R. Barar, A. Biggs, N. Morris, K. Blanchard, N. Kapp, G. Moayedi, J. Perritt, E. Raymond, **K. White**, D. Grossman. 2022. "Accuracy of self-assessment of gestational duration among people seeking abortion." *American Journal of Obstetrics & Gynecology,* 226(5): 710e1-e21.

77. **K. White**, G. Sierra, T. Evans, S.C.M. Roberts. 2022. "Abortion at 12 or more weeks' gestation and travel for later abortion care among Mississippi residents." *Contraception,* 108(4): 19-24.

76. M. Adams, G. Kully, S. Tilford, **K. White**, S. Mody, N. Johns, D. Grossman, and S. Averbach. 2021. "Time from first clinical contact to abortion in Texas and California." *Contraception,* 11-(6) 76-80.

75. E.J. Ela, E. Vizcarra, L. Thaxton, **K. White**. 2022. "Insurance Churn and Postpartum Health among Low-Income Texas Women." *Women's Health Issues*, 32(2): 95-102. *Editor's choice

74. E. Carroll, K. Lerma, A. Linley, T. Evans, S. Nathan, **K. White**. 2021. "Abortion patient experiences with protestors while accessing care in Mississippi." *Sexuality Research & Social Policy,* https://doi.org/10.1007/s13178-021-00643-1.

73. S. Dickman, **K. White** and D. Grossman. 2021. "Affordability and access to abortion care in the United States." *JAMA Internal Medicine,* 181(9): 1157-1158.

72. J.E. Potter, K.L. Burke, R.K Broussard, K. Hopkins. D. Grossman, **K. White**. 2021. "Improving assessment of demand for postpartum tubal ligation among publicly insured women in Texas." *Contraception,* 104(5): 518-523.

71. K. Arora, R. Ponsaran, L. Morello, L. Katabi, R.T. Behmer-Hansen, N. Zite, **K. White**. 2021. "Obstetrician–Gynecologists' practices in postpartum sterilization without a valid Medicaid consent form." *Obstetrics & Gynecology,* 138 (1): 66-72.

70. S. Raifman. G. Sierra, D. Grossman, S.E. Baum, K. Hopkins, J.E. Potter, and **K. White**. 2021. "Border-state abortions increased for Texas residents after House Bill 2." *Contraception,* 104(3): 314-318.

69. S.C.M. Roberts, N.F. Berglas, R. Schroeder, M. Lingwall, D. Grossman, and **K. White**. 2021. "Disruptions to abortion care in Louisiana during early months of the COVID-19 pandemic." *American Journal of Public Health,* 111(8): 1504-1512.

68. S. Raifman, S. Baum, **K. White**, K. Hopkins, T. Ogburn, D. Grossman. 2021. "Perspectives on self-managed abortion among providers in hospitals along the Texas-Mexico border" *BMC Women's Health,* 21(article 132).

67. M.A. Williams, S. Nathan, **K. White**. 2021. "Insurance churn and inconsistent access to reproductive health care among abortion patients in Mississippi." *Journal of Health Care for the Poor & Underserved,* 32(4): 1965-1977.

66. K. Coleman-Minahan, E.J. Ela, **K. White** and D. Grossman. 2021. "Contraindications to hormonal contraception among postpartum women in Texas." *Obstetrics & Gynecology,* 137(5): 907-915.

65. **K. White**, S. Narasimhan, S. Hartwig, E. Carroll, A. McBrayer, S. Hubbard, R. Rebouché, M. Kottke, and K.S. Hall. 2021. "Parental involvement policies for minors seeking abortion in the Southeast and quality of care." *Sexuality Research & Social Policy.* https://doi.org/10.1007/s13178-021-00539-0.

64. **K. White**, B. Kumar, V. Goyal, R. Wallace, S.C.M. Roberts, D. Grossman 2021. "Changes in abortion in Texas following an executive order ban during the coronavirus pandemic." *JAMA*, 325(7):691-693.

63. K. Arora, R. Ponsaran, L. Morello, L. Katabi, R.T. Behmer-Hansen, N. Zite, **K. White**. 2020. "Attitudes and beliefs of obstetricians-gynecologists regarding Medicaid postpartum sterilization - A qualitative study" *Contraception*, 102(5): 376-382.

62. K.L. Burke, J.E. Potter, and **K. White**. 2020. "Unsatisfied contraceptive preferences due to cost among women in the United States." *Contraception X,* 2: 10032.

61. **K. White**, K. Portz, S. Whitfield, and S. Nathan. 2020. "Women's post-abortion contraceptive preferences and access to family planning services in Mississippi." *Women's Health Issues,* 30(3): 176-183.

60. L. Fuentes, S. Baum, B. Keefe-Oates, **K. White**, K. Hopkins, J.E. Potter, D. Grossman. 2020. "Texas women's decisions and experiences with self-managed abortion." *BMC Women's Health* 20, article 6.

59. K. Coleman-Minahan, K. Hopkins, and **K. White**. 2020. "Availability of confidential services for teens declined after the 2011-2013 changes to publicly funded family planning programs in Texas." *Journal of Adolescent Health.* 66(6): 719-724.

58. E. Carroll and **K. White**. 2019. "Abortion patients' preferences for care and experiences accessing services in Louisiana" *Contraception X.* 2: 100016.

57. M. Wang, A. Khodadadi. J.M. Turan, and **K. White**. 2021. "Scoping Review of Access to Emergency Contraception for Sexual Assault Victims in Emergency Departments in the United States" *Trauma, Violence & Abuse* 22(2): 413-421.

56. J.E. Potter, A.J. Stevenson, K. Coleman-Minahan, K. Hopkins, **K. White**, S. Baum, and D. Grossman. 2019. "Challenging unintended pregnancy as an indicator of reproductive autonomy." *Contraception* 100(1): 1-4.

55. A.D. Campbell, D.K. Turok and **K. White**. "Fertility intentions and perspectives on contraceptive involvement among low-income men aged 25 to 55." 2019. *Perspectives on Sexual and Reproductive Health* 51(3): 125-133.

54. **K. White**, S. Baum, K. Hopkins, J.E. Potter, and D. Grossman. 2019. "Change in second-trimester abortion after implementation of a restrictive state law." *Obstetrics & Gynecology* 133(4): 771-779.

53. S. Baum, **K. White**, K. Hopkins, J.E. Potter, and D. Grossman. 2019. "Rebound of medication abortion in Texas following updated mifepristone label." *Contraception* 99(5): 278-280.

52. A. Bianchi. K.S. Oths, and **K. White**. 2019. "Are the undocumented deserving? Health workers' views of immigrants in Alabama." *Journal of Health Care for the Poor and Underserved* 30(2): 820-840.

51. **K. White**, K. Adams, and K. Hopkins. 2019. "Counseling and referrals for women with unplanned pregnancies at publicly funded family planning organizations in Texas." *Contraception* 99(1): 48-51.

50. D. Grossman and **K. White**. 2018. "Abortion 'reversal' - Legislating without evidence." *New England Journal of Medicine* 379: 1491-1493.

Kari White

49. K. Hopkins, C. Hubert, K. Coleman-Minahan, A.J. Stevenson, **K. White**, D. Grossman, and J.E. Potter. 2018. "Unmet demand for hormonal and long-acting reversible contraception among community college students in Texas." *Journal of American College Health* 66(5): 360-368.

48. W.S. Rice, B. Turan, **K. White**, J.M. Turan. 2018. "Norms and stigma around unintended pregnancy in Alabama: Associations with recent contraceptive use and dual method use among young adult women." *Women & Health*. 58(10): 1151-1166.

47. **K. White**, K. Hopkins, D. Grossman, and J.E. Potter. 2018. "Providing family planning services at primary care organizations after the exclusion of Planned Parenthood from publicly funded programs in Texas: Early qualitative evidence." *Health Services Research* 53(S1): 2770-2786.

46. **K. White**, D. Grossman, A.J. Stevenson, K. Hopkins, and J.E. Potter. 2017. "Does information about abortion safety affect Texas voters' opinions about restrictive laws? A randomized study" *Contraception* 96(6): 381-387.

45. J.E. Potter, K. Coleman-Minahan, **K. White**, D.E. Powers, C. Dillaway, A.J. Stevenson, K. Hopkins, D. Grossman. 2017. "Contraception following delivery among publicly insured women in Texas: Use compared with preferences." *Obstetrics and Gynecology*; 130(2): 393-402.

44. **K. White**, J.M. Turan, and D. Grossman. 2017. "Travel for abortion services in Alabama and delays obtaining care." *Women's Health Issues* 27(5): 523-529.

43. W.S. Smith, B. Turan, K.L. Stringer, A. Helova, **K. White**, K. Cockrill, and J.M. Turan. 2017. "Norms and stigma regarding pregnancy decision following an unintended pregnancy: Development and predictors of scales among young women in the U.S. South." *PLOS ONE* 12(3): e0174210.

42. **K. White**, A. Campbell, K. Hopkins, D. Grossman, and J.E. Potter. 2017. "Barriers to offering vasectomy at publicly funded family planning organizations in Texas." *American Journal of Men's Health.* 11(3): 757-766.

41. D. Grossman, **K. White**, K. Hopkins, and J.E. Potter. 2017. "Change in distance to nearest facility and abortion in Texas, 2012 to 2014." *JAMA* 317(4): 437-439.

40. S. Baum, **K. White**, K. Hopkins, J.E. Potter, D. Grossman. 2016. "Women's experiences obtaining abortion care in Texas after implementation of a restrictive law: a qualitative study." *PLOS ONE* 11(10): e0165048.

39. J.E. Potter, C. Hubert, and **K. White**. 2017. "The availability and use of postpartum LARC in Mexico and among Hispanics in the United States." *Maternal and Child Health Journal*. 21(9): 1744-1752.

38. **K. White**, M. Ocampo, I.C. Scarinci. 2017. "A socio-ecological approach for examining factors related to contraceptive use among recent Latina immigrants in an emerging Latino state." *Women & Health* 7: 878-889.

37. **K. White**, J.E. Potter, A.J. Stevenson, L. Fuentes, K. Hopkins, D. Grossman. 2016. "Women's knowledge of and support for abortion restrictions in Texas: Findings from a statewide representative survey." *Perspectives on Sexual and Reproductive Health* 48(4): 189-197.

36. C. Gerdts, L. Fuentes, D. Grossman, **K. White**, B. Keefe-Oates, S. Baum. K. Hopkins, C.W. Stolp, J.E. Potter. 2016. "The impact of clinic closures on women obtaining abortion services after implementation of a restrictive law in Texas." *American Journal of Public Health* 106(5):857-64.

35. W. Smith, J.M. Turan, **K. White**, K. Stringer, A. Helova, T. Simpson, and K. Cockrill. 2016. "Social norms and stigma around unintended pregnancy and pregnancy options: A qualitative study of young adult women in Alabama." *Perspectives on Sexual and Reproductive Health* 48(2): 73-81.

34. **K. White**, V. deMartelly, D. Grossman, and J.M. Turan. 2016. "Experiences accessing abortion care in Alabama among women traveling for services." *Women's Health Issues* 26(3): 298-304.

Kari White

33. L. Fuentes, S. Lebenkoff, **K. White**, C. Gerdts, K. Hopkins, J.E. Potter, D. Grossman. 2016. "Women's experiences seeking abortion care after the closure of clinics due to a restrictive law in Texas." *Contraception* 93(4): 292-297.

32. J.E. Potter, C. Hubert, A.J. Stevenson, K. Hopkins, A.R.A. Aiken, **K. White**, and D. Grossman. 2016. "Barriers to postpartum contraception in Texas and pregnancy within two years of delivery." *Obstetrics and Gynecology* 127(2): 289-96.

31. C. Hubert, **K. White**, K. Hopkins, D. Grossman, and J.E. Potter. 2016. "Perceived interest in vasectomy among Latina women and their partners in a community with limited access to female sterilization." *Journal of Health Care for the Poor and Underserved* 27(2): 762-777.

30. **K. White**, E. Carroll, and D. Grossman. 2015. "Complications from first-trimester aspiration abortion: A systematic review of the literature." *Contraception* 92(5): 422-438.

29. **K. White** and I.C. Scarinci. 2015. "Comparison of self-rated health among Latina immigrants in a Southern U.S. city and a national sample." *American Journal of Medical Sciences* 350(4): 290-295.

28. **K. White**, J.E. Potter and N. Zite. 2015. "Geographic variation in characteristics of postpartum women using female sterilization." *Women's Health Issues* 25(6): 628-633.

27. D. Grossman, **K. White**, L. Harris, M. Reeves, P. Blumenthal, B. Winikoff, D. Grimes. 2015. "Continuing pregnancy after mifepristone and 'reversal' of first-trimester medical abortion: A systematic review." *Contraception* 92(3): 206-211.

26. **K. White,** S.B. Teal, and J.E. Potter. 2015. "Contraception after delivery and short interpregnancy intervals among women in the United States." *Obstetrics and Gynecology* 126(6): 1471-1477.

25. **K. White**, K. Hopkins, A. Aiken, A. Stevenson, C. Hubert, D. Grossman, J.E. Potter. 2015. "The impact of reproductive health legislation on family planning clinic services in Texas." *American Journal of Public Health* 105(5): 851-858.

24. K. Hopkins, **K. White**, F. Linkin, C. Hubert, D. Grossman, J.E. Potter. 2015. "Women's experiences seeking affordable family planning services in Texas." *Perspectives on Sexual and Reproductive Health* 47(2): 63-70.

23. **K. White**, J. Blackburn, B. Manzella, E. Welty, and N. Menachemi. 2014. "Changes in use of county public health services following Alabama's immigration law." *Journal of Health Care for the Poor and Underserved* 25(4): 1844-1852.

22. D. Grossman, S. Baum, L. Fuentes, **K. White**, K. Hopkins, A. Stevenson, J.E. Potter. 2014. "Change in abortion services after implementation of a restrictive law in Texas." *Contraception* 90(5): 496-501.

21. J.E. Potter, K. Hopkins, A.R.A. Aiken, C. Hubert, A.J. Stevenson, **K. White**, D. Grossman. 2014. "Unmet demand for highly effective contraception in Texas." *Contraception* 90(5): 488-495.

20. **K. White** and J.E. Potter. 2014. "Reconsidering racial/ethnic differences in sterilization in the United States." *Contraception* 89(6): 550-556.

19. **K. White**, V.A. Yeager, N. Menachemi, and I.C. Scarinci. 2014. "Impact of Alabama's immigration law on access to health care among Latina immigrants and children: Implications for national reform." *American Journal of Public Health* 104(3): 397-405.

18. D. Grossman, **K. White**, K. Hopkins, and J.E. Potter. 2014. "The public health threat of anti-abortion legislation." *Contraception* 89(2): 73-74.

17. **K. White**, J.E. Potter, K. Hopkins, and D. Grossman. 2014. "Variation in postpartum contraceptive method use: Results from the Pregnancy Risk Assessment Monitoring System (PRAMS)." *Contraception* 89(1): 57-62.

Kari White

16. **K. White**, K. Hopkins, and E.L. Schiefelbein. 2013. "The influence of race/ethnicity and gender on attitudes surrounding contraceptive responsibility: Do Latino adolescents differ from other groups?" *Journal of Applied Research on Children* 4(2): article 8.

15. **K. White**, J.E. Potter, K. Hopkins, J. Amastae, and D. Grossman. 2013. "Hypertension among oral contraceptive users in El Paso, Texas." *Journal of Health Care for the Poor and Underserved* 24(4): 1511-1521.

14. **K. White**, K. Hopkins, J.E. Potter, and D. Grossman. 2013. "Knowledge and attitudes about long-acting reversible contraception among Latina women who desire sterilization." *Women's Health Issues* 23(4): e257-e263.

13. **K. White** and J.E. Potter. 2013. "Patterns of contraceptive use among Mexican-origin women." *Demographic Research* 28(41): 1199-1212.

12. **K. White** and J.E. Potter. 2013. "The impact of out-migration of men on fertility and marriage in the migrant sending states of Mexico, 1995-2000." *Population Studies* 67(1): 83-95.

11. J.E. Potter, A.J. Stevenson, **K. White**, K. Hopkins, and D. Grossman. 2013. "Hospital variation in postpartum tubal sterilization rates in California and Texas." *Obstetrics and Gynecology* 121(1): 152-158.

10. J.E. Potter, **K. White**, K. Hopkins, S. McKinnon, D. Grossman, M. Shedlin, and J. Amastae. 2012. "Frustrated demand for sterilization among low-income Latinas in El Paso, Texas." *Perspectives on Sexual and Reproductive Health* 44(4): 228-235.

9. **K. White**, D. Grossman, K. Hopkins, and J.E. Potter. 2012. "Cutting family planning in Texas." *New England Journal of Medicine* 367(13): 1179-1181.

8. K. Hopkins, D. Grossman, **K. White**, J. Amastae, and J.E. Potter. 2012. "Reproductive health preventive screening among clinic vs. over-the-counter oral contraceptive users." *Contraception* 86(4): 376-382.

7. **K. White**, J.E. Potter, K. Hopkins, L. Fernández, J. Amastae, and D. Grossman. 2012. "Contraindications to progestin-only oral contraceptive pills among reproductive aged women." *Contraception* 86(3): 199-203.

6. **K. White**, I. Garces, L. Bandura, A. McGuire, and I.C. Scarinci. 2012. "Design and evaluation of a theory-based, culturally relevant outreach model for breast and cervical cancer screening for Latina immigrants." *Ethnicity & Disease* 22: 274-280.

5. **K. White** and C.J. Buckley. 2011. "Exposure to international migration and its effect on childbearing in Turkey." *International Migration Review*. 45(1): 123-147.

4. D. Grossman, **K. White**, K. Hopkins, J. Amastae, M. Shedlin, and J.E. Potter. 2011. "Contraindications to combined oral contraceptives among over-the-counter and clinic pill users." *Obstetrics and Gynecology* 117(3): 558-565.

3. J.E. Potter, **K. White**, K. Hopkins, J. Amastae, and D. Grossman. 2010. "Clinic versus over-the-counter access to oral contraception: Choices women make in El Paso, Texas." *American Journal of Public Health* 100(6): 1130-1136.

2. **K. White** and M.B. Laws. 2009. "Role exchange behavior in medical interpretation." *Journal of Immigrant and Minority Health* 11(6): 482-93.

1. **K. White**, M. Small, R. Frederic, G. Joseph, R. Bateau, and T. Kershaw. 2006. "Health seeking behavior among pregnant women in rural Haiti." *Health Care for Women International* 27(9): 822-38.

## Book chapters

J. Amastae, M. Shedlin, **K. White**, K. Hopkins, D.A. Grossman, and J.E. Potter. 2013. "Lessons for border research: the Border Contraceptive Access Study" pp 249-264 in *Unchartered Terrain: New Directions in Border Research Methodology, Ethics, and Practice*. A.O. O'Leary, C.M. Deeds & S. Whiteford (Eds.) Tucson, AZ: University of Arizona Press.

Kari White

**Research briefs**

D. Grossman, C. Joffe, S. Kaller, K. Kimport, E. Kinsey, K. Lerma, N. Morris, and **K. White**. 2023. "Care Post-Roe: documenting cases of poor-quality care since the Dobbs decision." https://www.ansirh.org/sites/default/files/2023-05/Care%20Post-Roe%20Preliminary%20Findings.pdf

B. Whitfield, L. Dixon, and **K. White**. 2023. "Implications of parental consent for clinician-provided contraception for minors in Texas." https://sites.utexas.edu/txpep/implications-of-parental-consent-for-clinician-provided-contraception-for-minors-in-texas/

**K. White**, K. Lerma, L. Thaxton, and A.D. Beasley. "Medication abortion use and access in Texas." https://sites.utexas.edu/txpep/medication-abortion-brief/

A.D. Beasley, A. Nagle, K. Lerma, G. Sierra, G. Alvarez Pérez, and **K. White**, 2023. "Pregnant Texans' interest in other models of abortion care after the fall of Roe." https://sites.utexas.edu/txpep/files/2023/01/TxPEP_Research_Brief_Mitigation_Strategies_17Jan.pdf

E. Sepper, G. Moayedi, L. Thaxton, A. Beasley, L. Dixon, and **K. White.** 2022. "After Roe: Criminal abortion bans in Texas." https://sites.utexas.edu/txpep/files/2022/06/TexasPostRoeCriminalAbortionBans-TxPEP-PolicyBrief_27June22.pdf

W. Arey, L. Dixon, E. Vizcarra, and **K. White**. 2022. "Reactions to SB8 among Texans who obtained out-of-state abortion care." https://sites.utexas.edu/txpep/files/2022/06/TxPEP-brief-word-cloud-2022.pdf

**K. White**, A. Dane'el, E. Vizcarra, L. Dixon, K. Lerma, A. Beasley, J.E. Potter, T. Ogburn. 2022. "Out-of-state travel for abortion following implementation of Texas Senate Bill 8." http://sites.utexas.edu/txpep/files/2022/03/TxPEP-out-of-state-SB8.pdf

B. Whitfield, A. Chatillon, E. Vizcarra, R. Wolleben, **K. White**. 2022. "Timely access to contraception at Medicaid providers following the exclusion of Planned Parenthood from Texas' Medicaid program." http://sites.utexas.edu/txpep/files/2022/01/TxPEP-research-brief-Planned-Parenthood-Medicaid.pdf

W. Arey, K. Lerma, A. McBrayer, and **K. White**. 2021. "Barriers to contraceptive access in Mississippi." http://sites.utexas.edu/msrepro/files/2021/12/barriers-to-contraceptive-access.pdf

**K. White**, E. Vizcarra, L. Palomares, A. Dane'el, A. Beasley, T. Ogburn, J.E. Potter, and S.L. Dickman. 2021. "Initial impacts of Texas' Senate Bill 8 on abortions in Texas and at out-of-state facilities." http://sites.utexas.edu/txpep/files/2021/11/TxPEP-brief-SB8-inital-impact.pdf

K. Lerma, A. McBrayer, and **K. White**. 2021. "Abortion patients' challenges accessing care in Mississippi." https://sites.utexas.edu/msrepro/abortion-patients-challengesaccessing-care-in-mississippi/

**K. White**, G. Sierra, L. Dixon, E. Sepper, and G. Moayedi. 2021. "Texas Senate Bill 8: Medical and legal implications." http://sites.utexas.edu/txpep/files/2021/07/TxPEP-research-brief-SB8.pdf

K. Lerma, E. Carpenter, and **K. White**. 2021. "Provider perspectives on Texas' publicly funded family planning programs." http://sites.utexas.edu/txpep/files/2021/04/TxPEP-research-brief-provider-perspectives.pdf

E. Carpenter, K. Lerma, L. Dixon, **K. White**. 2021 "Publicly funded reproductive health care programs for people with low incomes in Texas, 2011-2021." http://sites.utexas.edu/txpep/files/2021/03/TxPEP-research-brief-reproductive-health-care.pdf

E. Carpenter, K.L. Burke, E. Vizcarra, A. Dane'el, V. Goyal, and **K. White**. 2021. "Texas' executive order during COVID-19 increased barriers for patients seeking abortion care." http://sites.utexas.edu/txpep/files/2020/12/TxPEP-research-brief-COVID-abortion-patients.pdf

Kari White

**K. White**, G. Sierra, E. Vizcarra, L. Dixon, S. Baum, K. Hopkins, J.E. Potter and D. Grossman. 2020. "The potential impact of Texas' executive order on patients' access to abortion care." http://sites.utexas.edu/txpep/files/2020/04/TxPEP-research-brief-executive-order-abortion-delay-4-8-20.pdf

E. Carroll and **K. White**. 2020. "Louisiana abortion patients' current challenges accessing care." https://liberalarts.utexas.edu/prc/research/research-brief-series/2020-research-briefs/carroll-white-la-patients.php

E. Carroll and **K. White**. 2019. "Women's experiences with protestors while access abortion care in Louisiana." https://liberalarts.utexas.edu/prc/research/research-brief-series/2019-research-briefs/carroll-white-la-protestors.php

**K. White**, K. Burke, K. Hopkins and J.E. Potter. 2019. "Texas women's access to reproductive health services since the 2016 statewide reorganization of women's health programs." https://liberalarts.utexas.edu/txpep/research-briefs/access-to-reproductive-health-services-brief.php

**K. White**, E.J. Ela, K. Hopkins, and J.E. Potter. 2019. "Providers' barriers to offering contraception in the Healthy Texas Women (HTW) Program." https://liberalarts.utexas.edu/txpep/research-briefs/htw-provider-evaluation-brief.php

C. Dillaway, **K. White**, K. Hopkins, and J.E. Potter. 2017. "Does religion influence contraceptive choice among Hispanic women in Texas?" https://liberalarts.utexas.edu/txpep/research-briefs/religion-contraception-brief.php

## Invited presentations

**K. White**, with H. Allison, M. Jones, C. Torres, and M. Vemireddy. "Criminalization of pregnancy: History, impact and lived experiences." University of Texas School of Law, May 2023.

**K. White**, with D. Greene Foster and U. Upadhyay. "Presidential panel on abortion." Annual meeting of the Population Association of America, New Orleans, LA, April 2023.

**K. White**, with L. Ikemoto, M. Oberman and A. Salganicoff. "Reproductive Health and Rights in a post-*Dobbs* World." University of Nevada Las Vegas, Health Law conference, virtual meeting, April 2023.

**K. White**, with S. Borrero, C. Myers and W. Rice "Assessing geographic access to care post-*Dobbs*." Society of Family Planning Social Science pre-conference meeting, Baltimore, MD, December 2022.

**K. White**. "Abortion in Texas after Dobbs." Department of Obstetrics and Gynecology, University of Texas, Rio Grande Valley, Edinburg, TX, November 2022.

**K. White.** "Effects of Texas' recent abortion bans on access to care." School of Medicine Dean's Research Seminar series, University of Texas, Rio Grande Valley, Edinburg, TX, November 2022.

**K. White**, with A. Gonzalez Velez, C. Roth, and L. Thaxton. "Reproductive rights in the Americas: An historical perspective." Teresa Lozano Long Institute of Latin American Studies, University of Texas at Austin, September 2022.

**K. White**, with A.R.A. Aiken and M. Pineda Torres. "Perspective on the Roe reversal: Implications for Texas." LBJ Futures Forum, LBJ School of Public Affairs, University of Texas at Austin. July 2022.

**K. White.** "Assessing the impact of abortion restrictions in Texas." California Center for Population Research, University of California, Los Angeles. May 2022.

**K. White**. "A view of abortion access at ground zero: Mississippi, Texas and a post-Roe United States." Bixby Center for Reproductive Health, University of California, Los Angeles. May 2022.

**K. White**, with J. Marcella and H. Palacio. "Sexual and reproductive health, rights and justice: peering at post-Roe world through an equity lens." Academy Health: Health Datapalooza and National Health Policy Conference, Washington, D.C. April 2022.

Kari White

**K. White**, with W. Arey and E. Vizcarra. "What evidence from Texas can (and cannot) teach us." Webinar organized by the Society of Family Planning, March 2022.

**K. White**, with A.R.A. Aiken, and E. Ramirez. "U.S. Reproductive Rights at a Crossroads: The Impacts of a Decade of Policy-Making in Texas and Urgent Policy Priorities for the Future." Austin, TX, Association for Public Policy Analysis and Management. March 2022.

**K. White**, with L. Fuentes, R. Mariappuram, L. Thaxton, A. Williams. "The Future of Reproductive Justice: Discussing the Impact of Texas SB8." Columbia School of Social Work. February 2022.

**K. White**, with A. Salvador, D. Greene Foster, and A. Appannagari. "The current state of abortion policy in the U.S." CityMatCH, December 2021.

**K. White**, with M. Fontes, and S. Dickman. "Texas abortion ban: What it means and what happens next." Sexual and Reproductive Health Matters, October 2021.

**K. White**, with C. Tejada, S. Dickman, S. Medley. "Understanding and Upending Texas SB8: Arguments in the Court." New York University Law School, September 2021.

**K. White**, with E. Carpenter, H. Gyuras, D. Bessett, M. McGowan, A. Foster and A. Ghorashi. "Impact of COVID-19 on abortion provision: Patient and provider perspectives" webinar organized by the Society of Family Planning, March 2021.

**K. White**. "Navigating NIH career development awards as a family planning researcher," webinar organized by the Society of Family Planning, January 2021.

**K. White** and S.C.M. Roberts. "Evaluating Louisiana's abortion restrictions." Tulane University, July 2020.

**K. White**. "The impact of restrictive legislation on high risk patients and providers in Texas." Perspectives on Reproductive Health panel at the annual meeting of the Society for Maternal Fetal Medicine, Grapevine, TX, February 2020.

**K. White**. "The impact of abortion policy on women's health." Lister Hill Center for Health Policy, University of Alabama at Birmingham, November 2019.

**K. White**. "Healthcare and immigration: The intersection of national and state policies in Alabama." Center for Health Ecology and Health Equity Research, Auburn University, Auburn, AL, February 2019.

**K. White**. "Changes in family planning services in Texas after legislation to defund Planned Parenthood." Grand Rounds, Department of Obstetrics and Gynecology, University of Tennessee Medical Center at Knoxville, Knoxville, TN, April 2017.

**K. White**. "Family planning research and policy in Texas: Steps forward and set backs." Family planning symposium, University of Utah, Salt Lake City, Utah, February 2017.

**K. White**. "Postpartum contraception in Texas." Grand Rounds, Department of Obstetrics and Gynecology, Texas Tech University, El Paso, TX, February 2017.

**K. White**. "Facilitating access to medication abortion." Grand Rounds, Department of Obstetrics and Gynecology, Emory University, Atlanta, GA, December 2015.

**K. White**. "What do we really know about how the public system is serving women, men and providers?" Presented at "The 37%: Developing a research agenda for addressing mistimed, unintended, unplanned and unwanted pregnancy in the US." National Institute of Child Health and Human Development, Rockville, MD, June 2013.

**K. White**. "The impact of HB56 on Latina women and children's use of health services." Immigrants and Public Health Forum, Montgomery, AL, October 2012.

**K. White**. "Contraindications to POPs compared to COCs."  OCs OTC Working Group Meeting, Washington DC, October 2011.

## Conference Presentations (last 4 years)

**2023**

K. Lerma, W. Arey, A. Chatillon, and **K. White**. "Reasons for participation in abortion research in restrictive settings." Oral presentation at the annual meeting of the National Abortion Federation, Denver, CO, May 2023.

K. Hopkins, I. Rosetto, J. Yarger, A. Sanchez, **K. White,** and C.C. Harper**. "**Use of preferred contraceptive method among young adults: Inequities by race/ethnicity and language spoken at home." Oral presentation at the annual meeting of the Population Association of America, New Orleans, LA. April 2023.

**2022**

**K. White**, W. Arey, A. Dane'el, E. Vizcarra, J.E. Potter, T. Ogburn and A.D. Beasley. "Abortion patients' priorities and tradeoffs deciding where to obtain out-of-state care following Texas' 2021 abortion ban." Oral presentation at the annual meeting of the Society of Family Planning, Baltimore, MD, December 2022.
*Featured at the meeting's plenary session: "Spotlight on Science."

A. Nagle, K. Lerma, G. Sierra, **K. White**. "Preferred contraception use and barriers to care in Mississippi." Poster presentation at the annual meeting of the Society of Family Planning, Baltimore, MD, December 2022.

B. Whitfield, G. Sierra, K. Lerma, V. Goyal, L. Thaxton, B. Kumar, A. Gilbert, and **K. White**. "Changes in return rate and wait time between ultrasound and abortion following Texas' executive order banning abortion during COVID-19." Poster presentation at the annual meeting of the Society of Family Planning, Baltimore, MD, December 2022.

C.C. Harper, S. Elmes, J. Yarger, K. Brandi, K. Hopkins, I. Rossetto, D. Van Liefde, **K. White**, U. Upadhyay. "Medication abortion via telemedicine: Interest among young adults in Texas and California." Poster presentation at the annual meeting of the Society of Family Planning, Baltimore, MD, December 2022.

**K. White**, with V. Goyal, R. Mariappuram, and A. Rupani. "Texas Senate Bill 8: Implications on the ground and lessons learned." Panel presentation at the annual meeting of the National Abortion Federation, May 2022.

K. Lerma, A. Nagle, G. Sierra, **K. White**. "Perceptions of abortion legality and availability in Mississippi" Oral presentation at the annual meeting of the National Abortion Federation, May 2022.

K. Burke, G. Sierra, K. Lerma, and **K. White**. 2022. "Service delivery at Title X sites in Texas during the COVID-19 pandemic." Oral presentation at the annual meeting of the Population Association of America, April 2022.

**2021**

**K. White**, G. Sierra, E Vizcarra, L. Hofler, N. Berglas, D. Grossman, and S.C.M. Roberts. Travel patterns among Texas residents obtaining out-of-state abortion care following an executive order suspending in-state services during the coronavirus pandemic. Poster presentation at the annual meeting of the Society of Family Planning (virtual meeting) October 2021.

B. Whitfield, E. Vizcarra, A. Dane'el, L. Palomares, G. D'Amore, J. Maslowsky, **K. White**. Minors' experiences accessing confidential contraception in Texas. Poster presentation at the annual meeting of the Society of Family Planning (virtual meeting) October 2021.

Q. Chen, E. Carpenter, **K. White**. "Nonphysician's challenges in sexual and reproductive health care provision for women of reproductive age with cancer: Barriers and facilitators." Poster presentation at the annual meeting of the Multinational Association in Supportive Care for Cancer (virtual meeting) June 2021.

E. Carroll, K. Lerma, A. McBrayer, T. Evans, S. Nathan, **K. White**. Patient experiences with protestors while accessing abortion care in Mississippi. Oral presentation at the annual meeting of the National Abortion Federation (virtual meeting) May 2021.

S. Narasimhan, E. Carroll, A. McBrayer, S.A. Hartwig, P. Rogers, R. Rebouché, M. Kottke, K.S. Hall, and **K. White**. Minors' decision making around abortion and parental involvement in two Southern states. Poster presentation at the annual meeting of the Population Association of America (virtual meeting). May 2021.

E. Carpenter. E.J. Ela, and **K. White**. Dynamics of low-income women's fertility intentions and contraceptive use in the postpartum period. Oral presentation at the annual meeting of the Population Association of America (virtual meeting). May 2021.

M. Williams, S. Nathan, and **K. White**. Inconsistent access to reproductive healthcare among abortion patients in Mississippi. Oral presentation at the annual meeting of the Population Association of America (virtual meeting). May 2021.

**2020**

S. Narasimhan, S. Hartwig, E. Rockwell, A. McBrayer, M. Kottke, R. Rebouche, K. Stidham Hall, and **K. White**. The impact of parental involvement laws on abortion quality of care in three Southeastern states. Oral presentation at the annual meeting of the American Public Health Association (virtual meeting), October 2020.

A. Akle, B. Kumar, C. Labgold, O. Leyser-Whalen, M. Lingwall, O. Njoku, **K. White.** Abortion funds and research: Building collaborations that support service delivery and advocacy. Panel presentation at the annual meeting of the Society of Family Planning (virtual meeting) October 2020.

**K. White**, G. Sierra, Sarah E. Baum, Kristine Hopkins, Joseph E. Potter, Daniel Grossman. Attitudes about second-trimester abortion and the impact of restrictive laws among reproductive-aged Texas women. Poster presentation at the annual meeting of the Society of Family Planning (virtual meeting) October 2020.

D. Grossman, G. Sierra, S.E. Baum, K. Hopkins, J.E. Potter, **K. White**. Factors associated with delays obtaining abortion care in Texas. Poster presentation at the annual meeting of the Society of Family Planning (virtual meeting) October 2020.

K. Coleman-Minahan, E.J. Ela, **K. White** and D. Grossman. Contraindications to hormonal contraception among postpartum women in Texas. Poster presentation at the annual meeting of the Society of Family Planning (virtual meeting) October 2020.

S. Raifman, G. Sierra, D. Grossman, S.E. Baum, K. Hopkins, J.E. Potter, **K. White**. Out-of-state abortions increased for Texas residents after House Bill 2. Oral presentation at the annual meeting of the Society of Family Planning (virtual meeting) October 2020.

## SERVICE

### Professional Service

| | |
|---|---|
| Steering Committee, Society of Family Planning #WeCount Rapid Surveillance | 2022-present |
| Early Career Award Committee, Population Association of America | 2021-present |
| Robert J. Lapham Award Committee, Population Association of America | 2020-present |
| Scientific Review Committee, Society of Family Planning annual meeting | 2014-2018, 2021-2023 |
| Steering Committee, Society of Family Planning Abortion Clinical Trials Network | 2016-2017 |
| Planning Committee, Society of Family Planning Social Science Interest Group | 2017 |
| Poster judge, Society of Family Planning annual meeting | 2015 |
| Session moderator, Population Association of America annual meeting | 2013, 2015 |
| Session moderator, American Public Health Association annual meeting | 2012 |

Kari White

## Journal reviewer

<u>Reproductive Health</u>: *American Journal of Obstetrics and Gynecology; Contraception; Culture, Health & Sexuality, Journal of Family Planning and Reproductive Health Care; Journal of Women's Health; Perspectives on Sexual and Reproductive Health; Women's Health Issues; Women & Health*

<u>General public health/social science</u>: *American Journal of Men's Health; American Journal of Public Health; American Sociological Review; Demographic Research; Ethnicity & Disease; Family & Community Health; Gender & Society, Health Affairs, Health & Place; Health Equity; Health Promotion Practice; International Migration Review; JAMA, Journal of Health Care for the Poor and Underserved; Journal of Immigrant and Minority Health; Journal of Marriage and Family; Medical Care; Patient Education and Counseling Innovation*

## Grant review committees

Society of Family Planning Research Fund, *Leveraging Existing Resources to Document Dobbs Impact*   2023

Society of Family Planning Research Fund, *Increasing Access to Medication Abortion, Pt II*   2020

Society of Family Planning Research Fund, *Junior Investigator Awards*   2017

Gulf States Health Policy Center, *Health Policy Research RFA-GSHPC-15-15-001*   2015

UAB Center for Clinical Translational Sciences, *NIH Pathway to Independence Award K99/R00*   2015

UAB Lister Hill Center, *Intramural Pilot Grant Review*   2013

## University service

| | |
|---|---|
| Norval Glenn Committee, best graduate student paper in family sociology, UT-Austin Dept of Sociology | 2022-2023 |
| Andrew Carnegie Fellows Program, UT internal competition, UT Office of the Vice President for Research | 2021 |
| Governance Committee, UT-Austin Population Research Center | 2020-present |
| Lecturer Review Committee, UT-Austin Dept of Sociology | 2020-2021 |
| Social Work & Mitigation Advocacy Faculty Search Committee, UT-Austin School of Social Work | 2020 |
| Doctoral Committee, UT-Austin School of Social Work | 2019-present |
| Faculty Affairs Committee, UAB School of Public Health | 2018-2019 |
| Medical Sociology Faculty Search Committee, UAB College of Arts & Sciences | 2018-2019 |
| Outcomes Research Faculty Search Committee, UAB School of Public Health | 2017-2019 |
| Diversity and Inclusion Committee, UAB School of Public Health | 2017-2019 |
| Safety Committee, UAB School of Public Health | 2015 |
| Admissions and Graduation Committee, UAB School of Public Health | 2012-2018 |
| Maternal and Child Health MPH Admissions Committee, UAB School of Public Health | 2012-2019 |
| Wicked Health Case Competition, Judge, UAB School of Public Health | 2016 |
| Wicked Health Case Competition, Faculty mentor, UAB School of Public Health | 2014 |
| Rhodes Scholarship, Finalist Preparatory Interview Committee, UAB Honors College | 2014 |
| Teaching Awards Committee, UAB School of Public Health | 2012-2013 |

## Other service

Severe Maternal Morbidity & Mortality Technical Expert Panel, member   2021-2023
National Institute of Child Health & Human Development

Co-led Amicus brief on social science research on abortion restrictions   2021
*Submitted to the U.S. Supreme Court in Dobbs v Jackson Women's Health Organization (Case Nos. 19-1392)*

Contraceptive Development & Behavior Workshop member   2020
National Institute of Child Health & Human Development

Kari White

Declaration on access to abortion services in Texas                                                 2020
*Submitted to the U.S. District Court in Planned Parenthood v Abbott (Case No. 1:20-cv-323-LY)*

Co-led Amicus brief on social science research on abortion restrictions                             2019
*Submitted to the U.S. Supreme Court in June Medical Service v Russo (Case Nos. 18-1323, 18-1460)*


## TEACHING & MENTORING

### Courses

#### University of Texas at Austin
Course Director, Women's Health Policy (SW 395K)                                    Spring 2021, 2022

#### University of Alabama at Birmingham
Course Director, Immigrant Health (HCO 629/729)                                    Fall 2014, 2017-2018
Course Co-Director, Writing Grants and Program Applications (HCO 695)                      Spring 2016

### Guest Lectures

#### University of Texas at Austin
Fertility and Reproduction (SOC 307K)                                                     Spring 2023
*Abortion and the current US policy landscape*

#### Massachusetts Institute of Technology
Race, Gender, and Social Inequality: Reproductive Health Care in the United States (WGS 224)   Spring 2021
*Conducting research on abortion & abortion restrictions*

#### University of Pittsburgh, School of Public Health
Politics of Health Policy (HPM 2063)                                                      Spring 2021
*Abortion restrictions in Texas*

#### University of Alabama at Birmingham
Maternal Child Health Fundamentals I (HCO 605)                                   Fall 2011-2013, 2015-2018
*US family planning programs and policies*

School of Medicine, Difficult Dialogues in Healthcare                                       Fall 2018
*Healthcare and immigration: The intersection of national and state policies in Alabama*

Maternal Child Health Fundamentals II (HCO 606)                                          Spring 2016
*Qualitative research approaches in maternal and child health*

Qualitative & Mixed Methods in Public Health (HCO 628/728)                               Spring 2015
*Mixed methods to study access to abortion in Alabama*

Sociology of Sex and Gender (SOC 220)                                                Spring 2016-2017
*Evaluating reproductive health policies in Texas*

#### Emory University, Rollins School of Public Health
Global Elimination of Maternal Mortality from Abortion (GEMMA)                            Spring 2015
*Access to abortion in Alabama*

Kari White

## Research mentorship

**Early stage investigators**

Lauren Thaxton, MD, MSBS MBA, Assistant Professor, co-mentor                2020-present
UT Austin, Dell Medical School Women's Health

Ghazaleh Moayedi, DO, research mentor                                       2020-2023
Physicians for Reproductive Health

**Post-doctoral fellows**

Whitney Arey, PhD, primary mentor                                           2021-present
Anna Chatillon, PhD, primary mentor                                         2021-present
Emma Carpenter, PhD MSW, primary mentor                                     2020-2021
Elizabeth J. Ela, PhD, co-mentor                                            2019-2021

**Doctoral Dissertation Committee Member**

Michelle Eilers, *Department of Sociology, University of Texas at Austin*          April 2023
"Psychosocial Predictors of Young Adult Sexual and Reproductive Health Behaviors Amidst Conflicting Norms"

Pamela Musoke, *School of Public Health, University of Alabama at Birmingham*          Mar 2019
"Examining the impact of couple relationship factors on male engagement in pregnancy health and communal coping"

Whitney Smith, *School of Public Health, University of Alabama at Birmingham*          May 2016
"Examining the social and policy context of unintended pregnancy"

**Medical students/fellows/other scholars**

Lucy Cheng, Medical Student, *School of Medicine, University of Pittsburgh*          Dec 2022 – present
Evaluating the impact of socioeconomic and political events on patients' vasectomy perspectives
Clinical Scientist Training Program, co-mentor

Adaobi Anakwe, Doctoral Student, *College for Public Health & Social Justice, St. Louis University*   Oct 2020 – 2021
The social ecosystem of men's preconception health and reproductive planning, SFP Emerging Scholars mentor

Ashley White, Doctoral Student, *Arnold School of Public Health, University of South Carolina*   Oct 2019 – Sept 2020
Men's vasectomy attitudes, knowledge, and practices, SFP Emerging Scholars mentor

Margaret Williams, Medical Student, *School of Medicine, University of Alabama at Birmingham*   Apr 2018 – 2021
Inconsistent healthcare access among abortion patients in Mississippi, mentor

Elizabeth Clark, Family Planning Fellow, *Dept of Obstetrics & Gynecology, Emory University*   Sept 2018 – Aug 2019
ACCESS: Assessment of Costs and Coverage of Ending pregnancy in the Southeastern States, co-mentor

Michelle Wang, Medical Student, *School of Medicine, University of Alabama at Birmingham*   Feb 2018 – Aug 2019
Assessment of barriers to access of emergency contraception for sexual assault survivors in Alabama, mentor

**Comprehensive Exam Committee Chair**

Amanda Nagle, MPH, *Department of Sociology University of Texas at Austin*          Spring 2023
Brooke Whitfield, MA, *Department of Sociology University of Texas at Austin*          Fall 2022
Kristen Burke, MA, *Department of Sociology University of Texas at Austin*          Fall 2021

**Master's Thesis Supervisor**

Brooke Whitfield, *Department of Sociology, University of Texas at Austin*          May 2022
"Examining the relationship between primary contraceptive method use and sexually transmitted disease in a nationally representative sample of young women"

Kari White

**Master's Thesis Reader**

Kristen Burke, *Department of Sociology, University of Texas at Austin*                    Dec 2019
"Short-acting hormonal contraceptive use among low-income postpartum women in Texas"

**Master's Thesis Committee Member**

Brianna Trejo, *Department of Sociology, University of Texas, El Paso*              expected June 2022
"Abortion funds as care work: Navigating the emotional toll of the Texas executive order and COVID-19 pandemic"

Anna Bianchi, *Department of Anthropology, University of Alabama, Tuscaloosa*              May 2017
"Health deservingness frames of pregnant immigrant women by health care practitioners in Tuscaloosa, Alabama"

Victoria deMartelly, *Rollins School of Public Health, Emory University*              May 2015
"Socioeconomics and barriers to abortion access in Alabama"

**Master's Practicum supervisor**

Kara Abshire, *Rollins School of Public Health, Emory University*              June – Aug 2018
Victoria deMartelly, *Rollins School of Public Health, Emory University*              June – Aug 2014

**Masters Student Advising,** *University of Alabama at Birmingham*
Elizabeth Tyron-Ebert                                                        Aug 2018 – Aug 2019
Katelin Adams                                                              June 2018 – Aug 2019
Macarena Martinez Ordenes                                                 Sept 2017 – May 2019
Daniele Wesley                                                            Sept 2017 – Dec 2018
Allison Thompson                                                            Aug 2016 – 2019
Ashley Bridgmon                                                           Jan 2016 – Dec 2017
Emily Morrell                                                             Jan 2016 – Aug 2017
Kaylene Logan                                                            May 2015 – Aug 2016
Haglaeeh Contreras                                                        Aug 2013 – May 2016
Elaine McGlaughlin                                                        Aug 2013 – Aug 2015
Erin Carroll Rockwell                                                      Aug 2012 – May 2014
Lisa Moyer                                                               Aug 2012 – Dec 2013

**Undergraduate Thesis Supervisor**

Eva Strelitz-Block, *Plan II, University of Texas at Austin*              May 2023
"The Politics of Medical Education: Abortion Care Training in Texas Medical Schools"
*Received Dean's Distinguished Graduate Award

**Undergraduate Thesis Reader**

Gabriela Covarrubias, *Plan II, University of Texas at Austin*              May 2022
"Reforming sex ed in Texas"

**Undergraduate Research Supervisor**

Pritika Paramasivam, independent research project, *University of Texas at Austin*              2020-2023
"Cultural, Political, and Social Barriers to Obtaining Abortions for Asian Americans in Texas:  A Qualitative Study"

Rachel Wolleben, Bridging Disciplines Connecting Experiences, UT Austin              2021

**PREVIOUS PROFESSIONAL POSITIONS**

**Research Associate**                                                        Sept 2009 – June 2011
*Division of Preventive Medicine, University of Alabama at Birmingham,* Birmingham, AL

**Graduate Research Assistant**                                              Aug 2006 – May 2011

Kari White

*Population Research Center, University of Texas at Austin,* Austin, TX

**Research Associate**                                                    Sept 2003 – July 2006
*School of Medicine, Yale University,* New Haven, CT

**Bilingual Family Advocate**                                            Aug 2000 – May 2001
*National Alliance for the Mentally Ill – Southern Arizona,* Tucson, AZ