IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
YELLOWHAMMER FUND, on        )
behalf of itself and its     )
clients,                     )
                             )
     Plaintiff,              )
                             )   CIVIL ACTION NO.
     v.                      )     2:23cv450-MHT
                             )
ATTORNEY GENERAL OF          )
ALABAMA STEVE MARSHALL,      )
in his official capacity,    )
                             )
     Defendant.              )


WEST ALABAMA WOMEN'S         )
CENTER, on behalf of         )
themselves and their         )
staff; et al.,               )
                             )
     Plaintiffs,             )
                             )   CIVIL ACTION NO.
     v.                      )     2:23cv451-MHT
                             )
STEVE MARSHALL, in his       )
official capacity as         )
Alabama Attorney General,    )
                             )
     Defendant.              )
```

ORDER

Upon consideration of the motion to amend the case caption (Doc. 59), which the nonmoving parties have

confirmed orally that they do not oppose, it is ORDERED that the motion is granted.  Henceforth, the docket shall reflect that the plaintiff currently identified as "Alabama Women's Center," shall be identified as "Alabama Center for Reproductive Alternatives, LLC, d/b/a Alabama Women's Center."

DONE, this the 24th day of June, 2024.

                            /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**