## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| YELLOWHAMMER FUND, <br><br> Plaintiffs, <br><br> v. <br><br> STEVE MARSHALL, in his Official Capacity as Attorney General of Alabama, <br><br> Defendant. | No. 2:23-cv-00450-MHT-KFP |
| WEST ALABAMA WOMEN'S CENTER, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> STEVE MARSHALL, in his Official Capacity as Attorney General of Alabama, <br><br> Defendant. | No. 2:23-cv-00450-MHT-KFP |

### NOTICE BY THE UNITED STATES CONCERNING POTENTIAL PARTICIPATION

The United States hereby advises the Court that it is considering further participation in this litigation by filing a Statement of Interest pursuant to 28 U.S.C. § 517, which authorizes the Attorney General of the United States to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in the courts of a State, or to attend to any other interest of the United States." The United States previously filed a statement of interest in support of Plaintiffs' right to travel claims at the Motion to Dismiss phase, *see* ECF No. 40, and is considering filing an additional or supplemental statement of interest in connection with the parties' cross-motions for summary judgment. The United States currently anticipates that, if it elects

-1-

to submit a filing at this stage, it will do so by Monday, August 19, 2024. The United States appreciates the Court's consideration of its potential views in this matter.

Dated: August 5, 2024                    Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

                                            BRIAN D. NETTER
                                            Deputy Assistant Attorney General

                                            DANIEL SCHWEI
                                            Special Counsel

                                            JULIE STRAUS HARRIS
                                            Assistant Branch Director

                                            */s/ Alexander N. Ely*
                                            ALEXANDER N. ELY (DC Bar # 230008)
                                            ANNA DEFFEBACH
                                            LISA NEWMAN
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, N.W.
                                            Washington, D.C. 20005
                                            Tel: (202) 993-5177
                                            Alexander.n.ely@usdoj.gov


                                            *Counsel for the United States*