# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 2:23-cv-450-MHT |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff, et al., | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 2:23-cv-451-MHT |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | )<br>)<br>)<br>) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to L.R. 83.1(f), Plaintiffs West Alabama Women's Center, Alabama Women's Center for Reproductive Alternatives, LLC, d/b/a Alabama Women's Center, and Dr. Yashica Robinson (collectively, the "WAWC Plaintiffs") hereby move that Jessica Quinter be permitted to withdraw as their counsel in this action and in support state:

1.  Ms. Quinter is currently co-counsel for the WAWC Plaintiffs.

2. Ms. Quinter is leaving her employment with the American Civil Liberties Union Foundation.

3. The WAWC Plaintiffs remain represented by Meagan Burrows, Alexa Kolbi-Molinas, Lindsey Kaley, Scarlet Kim, Lorie Chaiten, and Alison Mollman.

4. The WAWC Plaintiffs have consented to Ms. Quinter's withdrawal.

5. The WAWC Plaintiffs are unaware of any prejudice to the rights and interests of any parties occasioned by Ms. Quinter's withdrawal in this case.

Dated: August 26, 2024                                Respectfully Submitted,

/s/ Jessica Quinter
Jessica Quinter
New York State Bar No. 6124077
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633

Meagan Burrows*
New York State Bar No. 5341904
Alexa Kolbi-Molinas*
New York State Bar No. 4477519
Lindsey Kaley*
New York State Bar No. 5324983
Scarlet Kim*
New York State Bar No. 5025952
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
mburrows@aclu.org
akolbi-molinas@aclu.org
lkaley@aclu.org
scarletk@aclu.org

Lorie Chaiten*
Illinois State Bar No. 6191424

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
1640 North Sedgwick
Chicago, IL 60614
(212) 549-2633
lchaiten@aclu.org

Alison Mollman
Alabama State Bar No. 8397-A33C
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(510) 909-8908
amollman@aclualabama.org

*Attorneys for Plaintiffs West Alabama Women's Center, Alabama Women's Center for Reproductive Alternatives, LLC, d/b/a Alabama Women's Center, and Yashica Robinson, M.D.*

*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system on this 26th day of August, 2024, which will serve all counsel of record.

| | |
|---|---|
| Date: August 26, 2024 | */s/ Jessica Quinter* <br> Jessica Quinter |