**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| YELLOWHAMMER FUND,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>STEVE MARSHALL, in his Official Capacity as Attorney General of Alabama,<br><br>　　　　　　　　Defendant. | No. 2:23-cv-00450-MHT-KFP |
| WEST ALABAMA WOMEN'S CENTER, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>STEVE MARSHALL, in his Official Capacity as Attorney General of Alabama,<br><br>　　　　　　　　Defendant. | No. 2:23-cv-00450-MHT-KFP |

## NOTICE OF WITHDRAWAL OF COUNSEL

NOTICE IS GIVEN that Lisa Newman, co-counsel for the United States of America, withdraws as attorney of record for the United States of America in the above-captioned matter and requests that her name be removed as attorney of record. Special Counsel Daniel Schwei and Trial Attorneys Alexander Ely and Anna Deffebach will continue as counsel of record for the United States.

Dated: February 5, 2025　　　　　　　　　　　　Respectfully submitted,

-1-

-2-

*/s/ Lisa Newman*
LISA NEWMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5578
Lisa.n.newman@usdoj.gov

*Counsel for the United States*
