IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:23cv450-MHT |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | ) ) ) ) | |
| Defendant. | ) | |
| | | |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:23cv451-MHT |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that oral argument on the pending motions for summary judgment (Doc. 60, Doc. 61, and

Doc. 62) is set for February 25, 2025, at 10:00 a.m., by videoconference.  The courtroom deputy shall arrange for the videoconference.

DONE, this the 13th day of February, 2025.

                            /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**