# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| YELLOWHAMMER FUND, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) No. 2:23-cv-00450-MHT |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, | ) |
| | ) |
| *Defendant*. | ) |

| | |
|---|---|
| WEST ALABAMA WOMEN'S CENTER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 2:23-cv-00451-MHT |
| | ) |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, | ) |
| | ) |
| *Defendant*. | ) |

**DEFENDANT'S MOTION FOR RESCHEDULING ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT**

The Court has set oral argument for the pending motions for summary judgment on February 25, 2025 (Doc. 77). Defendant requests that the Court reschedule oral argument on this matter for a date no earlier than March 4, 2025.

Counsel for Defendant Marshall is currently in trial for congressional redistricting litigation. *See* Ex. A, *Milligan v. Allen*, 2:21-cv-01530-AMM (N.D. Ala. 2025) (Pretrial Order). The trial began on February 10, 2025, and Defendants initially estimated that it would last 15 days. *Id.* at 14. Under this Court's order setting the date for a hearing on the pending motions for summary judgment for February 25th, it is possible that counsel will still be participating in an in-person trial in Birmingham on the date scheduled for oral argument in this case. To alleviate scheduling difficulties and facilitate adequate oral argument preparation, Defendant respectfully asks the Court for at least a one-week extension of the date for oral argument.

The West Alabama Women's Center Plaintiffs do not oppose the request to change the argument date, so long as argument can be rescheduled for a date on or before March 12, 2025.

Yellowhammer Fund prefers the current date. However, if the Court is going to change the argument date, Yellowhammer Fund would not oppose the argument being scheduled for March 5, March 11, or March 12. These are the only days during the window proposed by WAWC that both Yellowhammer Fund's lead counsel and local counsel are in the office.

Respectfully submitted,

Steve Marshall
*Attorney General*

2

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Dylan Mauldin (ASB-3281-Z11M)
  *Assistant Solicitor General*

/s/ Charles A. McKay
Charles A. McKay (ASB-7256-K18K)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Dylan.Mauldin@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

3

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on February 18, 2025, which will serve all counsel of record.

/s/ Charles A. McKay
*Counsel for Defendant Marshall*
