**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

|  |  |
|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 2:23-cv-450-MHT ) |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | ) ) ) ) ) |
| Defendant. | ) |

|  |  |
|---|---|
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 2:23-cv-451-MHT ) |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) |
| Defendant. | ) |

## WEST ALABAMA WOMEN'S CENTER, ET AL., PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR RESCHEDULING ORAL ARGUMENT

While the WAWC Plaintiffs prefer that the oral argument on the pending motions for summary judgment be held on February 25, 2025, they do not oppose Defendant's request that argument be reset for a later date, *see* ECF No. 78, so long as it is feasible for the Court to reschedule the argument within two weeks of the existing argument date (*i.e.*, no later than March 12, 2025). If not, Plaintiffs respectfully request that the Court deny Defendant's request

and keep the existing oral argument date of February 25, 2025. The WAWC Plaintiffs have a strong interest in the prompt resolution of this matter, and lead counsel for the WAWC Plaintiffs will be out of the office and unavailable between March 13 and March 18, 2025.

Dated: February 18, 2025

Respectfully submitted,

Meagan Burrows*
New York State Bar No. 5341904
Alexa Kolbi-Molinas*
New York State Bar No. 4477519
Lindsey Kaley*
New York State Bar No. 5324983
Scarlet Kim*
New York State Bar No. 5025952
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
mburrows@aclu.org
akolbi-molinas@aclu.org
lkaley@aclu.org
scarletk@aclu.org

Lorie Chaiten*
Illinois State Bar No. 6191424
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
1640 North Sedgwick
Chicago, IL 60614
(212) 549-2633
lchaiten@aclu.org

Alison Mollman
Alabama State Bar No. 8397-A33C
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179

2

(334) 265-1747
(334) 265-2754
amollman@aclualabama.org

*Attorneys for WAWC et al. Plaintiffs*

*\*Admitted pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

I, Meagan Burrows, do hereby certify that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system on this 18th day of February, 2025, which will serve all counsel of record.

_____
Meagan Burrows