IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:23cv450-MHT |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | ) ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:23cv451-MHT |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the motion to reschedule oral argument (Doc. 78) and the response thereto (Doc. 79),

it is ORDERED that the motion is granted, and the oral argument on the pending motions for summary judgment (Doc. 60, Doc. 61, and Doc. 62), currently set for February 25, 2025, is continued to March 5, 2025, at 10:00 a.m., by videoconference.

DONE, this the 19th day of February, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE