IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:23cv450-MHT |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, | ) ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:23cv451-MHT |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE**

During oral argument on March 5, 2025, counsel for plaintiff Yellowhammer Fund mentioned, in response to a

question from the court, that it was concerned about the privacy of its staff.  After reviewing again the declarations filed by Yellowhammer Fund, the court noticed that the declarations contain information that some persons might consider confidential.  If Yellowhammer Fund wants the declarations (or portions of them) to be placed under seal, it needs to file a motion to that effect.  Indeed, if any party wants submissions to be placed under seal, it needs to do the same.

    DONE, this the 7th day of March, 2025.

                                 /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE