# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients. | )<br>)<br>) |
| Plaintiff, | ) CASE NO. 2:23-cv-00450-MHT<br>) |
| v. | )<br>) |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity | )<br>)<br>)<br>) |
| Defendant. | ) |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | )<br>)<br>)<br>) |
| Defendant. | ) |

## YELLOWHAMMER FUND'S NOTICE TO THE COURT

On March 6, 2025, the Court filed a notice asking if Plaintiff Yellowhammer Fund would like to move to file any declarations under seal. After consultation with the declarants, Plaintiff Yellowhammer Fund has decided not to file a motion to seal these declarations.

1

While safety and security are large concerns for the organization, both generally and throughout the course of the litigation, the declarants feel they limited the information they shared in these declarations accordingly and believe the information that some people may find confidential is already in the public domain.

Dated: March 12, 2025

Respectfully submitted,

/s/ Jamila Johnson
Jamila Johnson*
Allison Zimmer*
LAWYERING PROJECT
3157 Gentilly Blvd. #2231
New Orleans, LA 70122
(347) 706-4981 (JJ)
(347) 515-6074 (AZ)
jjohnson@lawyeringproject.org
azimmer@lawyeringproject.org

Paige Suelzle*
LAWYERING PROJECT
2501 SW Trenton Street #1097
Seattle, WA 98106
(347) 515-6073
psuelzle@lawyeringproject.org

Latasha McCrary, ASB 1935-L75M
SOUTHERN POVERTY LAW CENTER
400 Washington Ave
Montgomery, AL 36104
(334) 604-5018
Latasha.mccrary@splcenter.org

2

Krista Dolan*
SOUTHERN POVERTY LAW CENTER
106 East College Avenue, #M
Tallahassee, FL 32301
(850) 521-3000
Krista.dolan@splcenter.org

Admitted *pro hac vice*

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Jamila Johnson, do hereby Certify that a true and correct copy of the foregoing has been furnished by ECF electronic service, on this 12th day of March 2025, to all counsel of record.

Date: March 12, 2025　　　　　　　　　　　*/s/ Jamila Johnson*
　　　　　　　　　　　　　　　　　　　　　　Jamila Johnson