# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients. | )<br>)<br>) |
| Plaintiff, | ) CASE NO. 2:23-cv-00450-MHT<br>) |
| v. | )<br>) |
| ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity | )<br>)<br>)<br>) |
| Defendant. | ) |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>) |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | )<br>)<br>)<br>) |
| Defendant. | ) |

### YELLOWHAMMER FUND'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO SEEK ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES

Pursuant to Fed. R. Civ. P. 54(d) and Local Rule 54.1(a), Plaintiff Yellowhammer Fund, by and through undersigned counsel, hereby respectfully requests that this Court extend the deadline to seek attorneys' fees and related non-

1

taxable expenses by 30 days, from April 14, 2025, to May 14, 2025. Defendants do not oppose this request.

In support of their motion, Plaintiff Yellowhammer Fund states as follows:

1. On March 31, 2025, this Court entered a final judgment in favor of Plaintiff.

2. Rule 54(d) allows a party to file a motion for costs other than attorneys' fees and, in certain cases, a motion for attorneys' fees. *See* Fed. R. Civ. P. 54(d)(1) and (2). Under the Local Rules for this Court, a bill of costs must be filed "within 35 days after entry of final judgment from which an appeal may be taken." Local R. 54.1(a).

3. A "claim for attorney's fees and related nontaxable expenses" should be "filed no later than 14 days after the entry of judgment." Fed. R. Civ. P. 54(d)(2)(A)-(B)(i). However, Rule 54(d) allows the deadline to be modified by "a court order." *Id.* Further, Fed. R. Civ. P. 6(b)(1)(A) provides that "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]"

4. Here, there is good cause for an extension of the deadline claim to file a motion for attorney's fees and related nontaxable expenses.

5. First, the parties intend to discuss whether they can resolve the attorney's fees and non-taxable expenses issues amongst themselves without needing motion

2

practice. The parties seek to avoid burdening the court with a contested motion that may prove unnecessary.

6. Second, it is also possible that Defendants will file an appeal and that Plaintiff's counsel will perform additional legal work following the 14-day deadline.

7. Third, Plaintiff also requires additional time to gather the necessary documents for a complete and accurate request.

## CONCLUSION

WHEREFORE, Plaintiff Yellowhammer Fund respectfully requests that the Court grant this Motion and enter an order extending the deadline for submitting requests for fees and costs by 30 days, with the new deadline set at May 14, 2025.

Dated: April 9, 2025

Respectfully submitted,

/s/ Jamila Johnson
Jamila Johnson*
Allison Zimmer*
LAWYERING PROJECT
3157 Gentilly Blvd. #2231
New Orleans, LA 70122
(347) 706-4981 (JJ)
(347) 515-6074 (AZ)
jjohnson@lawyeringproject.org
azimmer@lawyeringproject.org

Paige Suelzle*
LAWYERING PROJECT
158 SW 148th St., #1198
Burien, WA 98166
(347) 515-6073
psuelzle@lawyeringproject.org

Latasha McCrary, ASB 1935-L75M
SOUTHERN POVERTY LAW CENTER
400 Washington Ave.
Montgomery, AL 36104
(334) 604-5018
Latasha.mccrary@splcenter.org

Krista Dolan*
SOUTHERN POVERTY LAW CENTER
106 East College Ave., #M
Tallahassee, FL 32301
(850) 521-3000
Krista.dolan@splcenter.org

*Admitted *pro hac vice*

*Counsel for Plaintiff Yellowhammer Fund*

## **CERTIFICATE OF SERVICE**

    I, Jamila Johnson, do hereby Certify that a true and correct copy of the foregoing has been furnished by ECF electronic service, on this 9th day of April 2025, to all counsel of record.

Date:  April 9, 2025                                        */s/ Jamila Johnson*
                                                                          Jamila Johnson