IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients,<br><br>    Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity,<br><br>    Defendant. | CIVIL ACTION NO.<br>2:23cv450-MHT<br>(WO) |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEVE MARSHALL, in his official capacity as Alabama Attorney General,<br><br>    Defendant. | CIVIL ACTION NO.<br>2:23cv451-MHT<br>(WO) |

ORDER

Upon consideration of the unopposed motions to extend the deadline to seek attorneys' fees and related

non-taxable expenses (Doc. 86 and Doc. 87), and because judicial economy and preservation of the parties' resources warrant a postponed deadline, it is ORDERED that:

    (1) The motions are granted.

    (2) The deadline for plaintiffs to seek attorneys' fees and related non-taxable expenses is extended to May 14, 2025, if no appeal is filed, and, if an appeal is filed, to 14 days after the entry of the mandate at the conclusion of the appeal.

    DONE, this the 10th day of April, 2025.

                                   /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**