# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| YELLOWHAMMER FUND, on behalf of itself and its clients, <br><br> Plaintiff, <br><br> v. <br><br> ATTORNEY GENERAL OF ALABAMA STEVE MARSHALL, in his official capacity, <br><br> Defendant. | Civil Action No. 2:23-cv-450-MHT |
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEVE MARSHALL, in his official capacity as Alabama Attorney General, <br><br> Defendant. | Civil Action No. 2:23-cv-451-MHT |

## PLAINTIFFS' JOINT NOTICE OF INTENT REGARDING ATTORNEYS' FEES AND COSTS

On April 10, 2025, this Court issued an order extending the deadline for plaintiffs to seek attorneys' fees and related non-taxable expenses in the above-captioned case to May 14, 2025, if no appeal is filed. Order, ECF No. 88. The deadline to file a notice of appeal has elapsed, and no appeal has been filed. The West Alabama Women's Center and Yellowhammer Fund Plaintiffs hereby jointly notify the Court that they will not be filing any motion to recover costs, attorneys'

1

fees, and/or related non-taxable expenses in connection with this case, as the parties have resolved the fees and costs amongst themselves.

Dated May 2, 2025

                                      Respectfully submitted,

*/s/ Meagan Burrows*
Meagan Burrows*
New York State Bar No. 5341904
Alexa Kolbi-Molinas*
New York State Bar No. 4477519
Lindsey Kaley*
New York State Bar No. 5324983
Scarlet Kim*
New York State Bar No. 5025952
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
mburrows@aclu.org
akolbi-molinas@aclu.org
lkaley@aclu.org
scarletk@aclu.org

Lorie Chaiten*
Illinois State Bar No. 6191424
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
1640 North Sedgwick
Chicago, IL 60614
(212) 549-2633
lchaiten@aclu.org

Alison Mollman
Alabama State Bar No. 8397-A33C
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(510) 909-8908
amollman@aclualabama.org

*Counsel for the WAWC et al. Plaintiffs*

/s/ Jamila Johnson
Jamila Johnson*
Allison Zimmer*
LAWYERING PROJECT
3157 Gentilly Blvd. #2231
New Orleans, LA 70122
(347) 706-4981 (JJ)
(347) 515-6074 (AZ)
jjohnson@lawyeringproject.org
azimmer@lawyeringproject.org

Paige Suelzle*
LAWYERING PROJECT
158 SW 148th Street #1198
Burien, WA 98166
(347) 515-6073
psuelzle@lawyeringproject.org

Juanluis Rodriguez*
Lawyering Project
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
(646) 490-1080
prodriguez@lawyeringproject.org

Latasha McCrary, ASB-1935-L75M
SOUTHERN POVERTY LAW CENTER
400 Washington Ave.
Montgomery, AL 36104
(334) 604-5018
latasha.mccrary@splcenter.org

Krista Dolan*
SOUTHERN POVERTY LAW CENTER
PO Box 10788
Tallahassee, FL 32302
(850) 521-3000
Krista.dolan@splcenter.org

*Counsel for Plaintiff Yellowhammer*

*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, Meagan Burrows, do hereby certify that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system on this 2nd day of May, 2025, which will serve all counsel of record.

*/s/ Meagan Burrows*
Meagan Burrows